**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08-CV-3674

Advanced Audio Devices, LLC
v.
Philips Electronics - North America Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Advanced Audio Devices, LLC

| | |
|---|---|
| NAME (Type or print) Raiford A. Blackstone, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Raiford A. Blackstone, Jr./ | |
| FIRM Trexler, Bushnell, Giangiorgi, Blackstone & Marr, Ltd. | |
| STREET ADDRESS 105 W. Adams Street, Suite 3600 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0220450 | TELEPHONE NUMBER 312-704-1890 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐