# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ADVANCED AUDIO DEVICES, LLC<br><br>Plaintiff,<br>v.<br><br>PHILIPS ELECTRONICS<br>NORTH AMERICA CORPORATION<br><br>Defendant. | **No. 08 C 3674**<br><br>Hon. Judge Kendall<br><br>Hon. Judge Cox, Mag. J. |

## PHILIPS ELECTRONICS NORTH AMERICA CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

Patrick J. Kelleher (6216338)
Brian C. Rupp (6204208)
Carrie A. Beyer (6282524)
Justin O. Kay (6286557)
**DRINKER BIDDLE & REATH LLP**
191 N. Wacker Dr. #3700
Chicago, IL 60606
312.569.1000

**Attorneys for Philips Electronics North America Corp.**

Defendant, Philips Electronics North America Corporation ("Philips"), by counsel, hereby responds to the allegations raised in the First Amended Complaint of Plaintiff, Advanced Audio Devices, L.L.C. ("AAD"), as set forth below in response to the numbered paragraphs of the First Amended Complaint:

## ANSWER

## JURISDICTION AND VENUE

1.    This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §1338(a).

**ANSWER:**

Philips admits that this action purports to present a claim for patent infringement under the patent laws of the United States, Title 35 of the United States Code. Philips admits that this Court has jurisdiction over the subject matter of the Complaint under 28 U.S.C. §1338(a) but denies all remaining allegations set forth in paragraph 1.

2.    Venue is proper under 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b). Defendant transacts business in this judicial district by directly or indirectly selling or offering to sell handheld digital music player devices in this district. Advance Transformer Co., a division of Philips Electronics North America Corporation, is located in this district.

**ANSWER:**

Philips denies that venue is proper under 28 U.S.C. § 1391(b), 28 U.S.C. § 1391(c), and 28 U.S.C. § 1400(b). Philips admits that persons in Illinois purchase Philips's products. Philips admits that Advance, an unincorporated division of Philips, is located in this district. Philips denies all remaining allegations set forth in paragraph 2.

**3.**    Defendant also directly or indirectly engages in substantial business in this judicial district and has had continuous and systematic contacts with and in this district.

**ANSWER:**

Philips admits that persons in Illinois purchase Philips's products.  Philips denies all remaining allegations set forth in paragraph 2.

## PARTIES

**4.**    AAD is an Illinois limited liability company with its headquarters in Lake Forest, Illinois. AAD is the owner of United States Patent No. 6,587,403, ("the '403 Patent") and United States Patent No. 7,289,393 ("the '393 Patent") each of which is entitled "Music Jukebox". A copy of the '403 Patent is attached as Exhibit A and a copy of the '393 Patent is attached as Exhibit B.

**ANSWER:**

Philips admits that the '403 Patent is entitled "Music Jukebox" and that the face of the '403 Patent indicates that Advanced Audio Devices, LLC of Lake Forest, Illinois, is the assignee of the patent.  Philips admits that the '393 Patent is entitled "Music Jukebox" and that the face of the '393 Patent indicates that Advanced Audio Devices, LLC of Lake Forest, Illinois, is the assignee of the patent.  Philips admits that Exhibit A purports to be a copy of the '403 Patent.  Philips admits that Exhibit B purports to be a copy of the '393 Patent.  Philips denies all remaining allegations set forth in paragraph 4 for lack of knowledge or information sufficient to form a belief as to their truth.

**5.**    Philips is a Delaware corporation with its principal place of business located at 1251 Avenue of the Americas, New York, New York 10020.

**ANSWER:**

Philips admits that Philips is a Delaware corporation.   Philips denies all remaining allegations set forth in paragraph 3.

## COUNT I

## PATENT INFRINGEMENT OF THE '403 PATENT

**6.**    Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 5 above and incorporates the same by reference as though fully set forth herein.

**ANSWER:**

Philips repeats and restates its responses to the allegations contained in

paragraphs 1 through 5 above and incorporates the same by reference as though fully

set forth herein.

**7.**    Defendant has infringed the asserted claims of the '403 Patent through, among other activities, its manufacture, use, importation, sale and/or offer for sale of handheld digital music players, either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. §271.

**ANSWER:**

Denied.

**8.**    Specifically, Defendant's manufacture, use, importation, offer for sale and/or sale of its digital music players, for example, Models PSS110/17, PSA220 and PSA250 and all other devices constructed in a similarly infringing fashion, constitute infringement of at least asserted claims 1, 6, 7, 22, 29, 43, 45, 46, and 48 of the '403 Patent. Defendant's manufacture, use, importation, offer for sale and/or sale of its digital music players, for example, Model HDD077/17 and all other devices constructed in a similarly infringing fashion constitute infringement of at least asserted claims 1, 6, 7, 13, 22, 29, 43, 45, and 46 of the '403 Patent. Defendant's manufacture, use, importation, offer for sale and/or sale of its digital music players, for example Model HDD 120/I7 and all other devices constructed in a similarly infringing fashion constitute infringement of at least asserted claims 1, 6, 7, 13, 14, 22, 29, 36, 43, 45, and 46 of the '403 Patent.

**ANSWER:**

Denied.

9.    Defendant has knowingly and intentionally induced others to infringe the asserted claims of the '403 Patent (such as their customers and end-users) by willfully and intentionally aiding, assisting and encouraging their infringement.

**ANSWER:**

Denied.

10.    Defendant received actual notice of the '403 Patent at least as early as November 17, 2005, when Plaintiff informed Defendant in writing about the infringement of the '403 Patent and offered Defendant a license. Defendant was provided with detailed claim charts showing the application of the '403 Patent claims to specific Defendant products, but nevertheless refused the offered license.

**ANSWER:**

Philips admits that it received a letter dated 17 November 2005 regarding the '403 Patent.  Philips admits that it received documents purporting to be claim charts but denies the characterization of the documents.  Philips admits that the letter purported to offer Philips a license under the '403 Patent.  Philips denies the remaining allegations set forth in paragraph 10.

11.    Defendant's infringement has been willful, in violation of 35 U.S.C. §284, and has injured and will continue to injure Plaintiff, unless and until this Court enters an injunction prohibiting future infringement, and specifically enjoining further manufacture, use, importation, exportation, offers for sale and/or sales of handheld digital music players covered by the asserted claims of the '403 Patent.

**ANSWER:**

Denied.

12.    Plaintiff is entitled to recover damages adequate to compensate for the infringement that has occurred, but in no event less than a reasonable royalty (35 U.S.C. § 284).

**ANSWER:**

Denied.

## COUNT II

## PATENT INFRINGEMENT OF THE '393 PATENT

13.    Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 5 above and incorporates the same by reference as though fully set forth herein.

**ANSWER:**

Philips repeats and restates its responses to the allegations contained in

paragraphs 1 through 5 above and incorporates the same by reference as though fully

set forth herein.

14.    Defendant has infringed the asserted claims of the '393 Patent through, among other activities, its manufacture, use, importation, sale and/or offer for sale of handheld digital music players, either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. §271.

**ANSWER:**

Denied.

15.    Specifically Defendant's manufacture, use, importation, offer for sale and/or sale of its digital music players, for example, Models GoGear SA6025, GoGear SA9100 and GoGear SA9200 and all other devices constructed in a similarly infringing fashion, constitute infringement of at least asserted claims 85 and 107 of the '393 Patent.

**ANSWER:**

Denied.

16.    Defendant has knowingly and intentionally induced others to infringe the asserted claims of the '393 Patent (such as their customers and end-users) by willfully and intentionally aiding, assisting and encouraging their infringement.

**ANSWER:**

Denied.

17.    Defendant received actual notice of the '393 Patent at least as early as December 5, 2007, when Plaintiff informed Defendant in writing about the infringement of the '393 Patent and offered Defendant a license. Defendant was provided with detailed claim charts showing the application of the '393 Patent claims to specific Defendant products, but nevertheless refused the offered license.

**ANSWER:**

Philips admits that it received a letter dated 5 December 2007 which mentioned the '393 Patent. Philips admits that it received documents purporting to be claim charts but denies the characterization of the documents. Philips admits that the letter purported to offer Philips a license under all of AAD's patents. Philips denies the remaining allegations set forth in paragraph 17.

18.    Defendant's infringement has been willful, in violation of 35 U.S.C. §284, and has injured and will continue to injure Plaintiff, unless and until this Court enters an injunction prohibiting future infringement, and specifically enjoining further manufacture, use, importation, exportation, offers for sale and/or sales of handheld digital music players covered by the asserted claims of the '393 Patent.

**ANSWER:**

Denied.

19.    Plaintiff is entitled to recover damages adequate to compensate for the infringement that has occurred, but in no event less than a reasonable royalty (35 U.S.C. §284).

**ANSWER:**

Denied.

## PHILIPS'S DEFENSES

Philips pleads and gives notice of the following defenses, whether affirmative or otherwise.

## Defense No. 1:  Non-infringement

1.     Philips does not and has not infringed any claims of either the '403 Patent or the '393 Patent nor has it contributed to the infringement of or actively induced others to infringe either the '403 Patent or the '393 Patent.

## Defense No. 2:  Invalidity

2.     The '403 Patent and the '393 Patent are invalid for failure to meet the requirements of the patent laws of the United States, including at least one or more of 35 U.S.C. §§ 101, 102, 103, and 112.

## Defense No. 3:  Inequitable Conduct

3.     The '403 and '393 patents-in-suit are unenforceable because, during prosecution of the applications that led to them, Mr. Peter Keller, a named inventor, and Mr. Foley, the applicants' representative, engaged in a pattern of inequitable conduct including the making of false statements of material fact and omitting to state material facts to the U.S. Patent and Trademark Office ("PTO").

4.     This pattern of inequitable conduct was part of a scheme to induce the PTO to issue patent claims that would permit Mr. Keller and Mr. Foley to argue that assignee AAD had patent coverage over apparatuses the applicants did not invent, namely portable digital music players, sometimes called MP3 players, and that they knew they did not invent.

5.     The '403 patent, which is entitled "Music Jukebox," directly issued from U.S. Application 09/641,069 ("the '069 Application").  The '069 Application was filed on 17 August 2000.

6.     As shown on the face of the '403 patent, it purported to be a continuation of U.S. Application 09/111,989 ("the '989 Application") filed on 8 July 1998, which in turn claimed the benefit of the 9 July 1997 filing date of U.S. Provisional Application 60/051,999 ("the Provisional '999 Application"):

| Related U.S. Application Data |
| --- |
| (63) Continuation of application No. 09/111,989, filed on Jul. 8, 1998. |
| (60) Provisional application No. 60/051,999, filed on Jul. 9, 1997. |

7.     The '393 patent, which also is entitled "Music Jukebox," directly issued from U.S. Application 10/610,178 ("the '178 Application"). The '178 Application was filed on 30 June 2003.

8.     As shown on the face of the '393 patent, it purported to be a continuation of the '069 Application, which claimed the benefit of U.S. Application 09/111,989 ("the '989 Application") filed on 8 July 1998, which in turn claimed the benefit of the 9 July 1997 filing date of U.S. Provisional Application 60/051,999 ("the Provisional '999 Application"):

| Related U.S. Application Data |
| --- |
| (63) Continuation of application No. 09/641,069, filed on Aug. 17, 2000, now Pat. No. 6,587,403, which is a continuation of application No. 09/111,989, filed on Jul. 8, 1998, now Pat. No. 6,172,948. |
| (60) Provisional application No. 60/051,999, filed on Jul. 9, 1997. |

9.     In fact, the August 2000 '069 Application was not a "continuation" of the '989 Application. Mr. Keller and Mr. Foley surreptitiously made numerous alterations and additions to the specification of the '989 Application before filing the '069 Application. The 1997 and 1998 Applications disclosed an "invention" in the form of a device for burning compact discs ("CDs"). The alterations appearing in the '069 Application purported to show a broader "invention" that did not require a CD burner. These changes, which were not marked for the Examiner, were for a different "invention" not disclosed in the 1997 and 1998 Applications. The changes,

thus, constituted new matter.  That new matter was not entitled to the benefit of the claimed 1997 filing date.

10.    But by claiming the benefit of the 1997 date — and by not disclosing the alterations to the Examiner that would have alerted him to examine the highly material question of what priority date applied to the '069 Application — Mr. Keller and Mr. Foley avoided the Examiner's considering all of the music-player art that became publicly-known and publicly-used in the intervening 1997-2000 time frame.

11.    The claims in the issued '403 patent and the issued '393 patent would not have issued — at least in the form they did — if the Examiner had considered intervening art, such as the Eiger Labs MPMan, the Rio PMP300, and the Compaq/HanGo PJB-100, and applied it against the application.

### The July 1997 Provisional '999 Application.

12.    Mr. Keller and Mr. Kelley filed the Provisional '999 Application on 9 July 1997.  The "invention" was entitled "COMPACT DISC RECORDER."

13.    The first words of the Provisional '999 Application stated as follows to the PTO:

> Background
>
> The present invention relates generally to audio recording devices, and relates specifically to a novel recording device for recording onto a compact disc.

(Underscoring added.)

14.    The Application's written description and drawings disclose "a novel compact disc recorder 30."  [*Id.* at 11, 32 & 33].



**15.**     The drawing depicted in the Provisional '999 Application is an image of the "disc*ribe*™ Recorder" which plaintiff AAD sought to market as shown on AAD's website:



**16.**     The word "disc*ribe*" is a combination of the words "disc" and "scribe" to indicate that the  "disc*ribe*™ Recorder" is a device that can write onto CDs.

**17.**     All of "the problems" identified in the Application related to recording songs on removable physical media:  audio tapes and CDs.

**18.**     All of the "Objects" of the invention are likewise related to acting as a CD Recorder (*a.k.a.* a CD "burner").

**19.**     The written description of the Provisional '999 Application concludes with an "Abstract" stating:

> Disclosed is <u>a compact disc recorder</u> embodied in a stereo deck housing.  The compact disc recorder includes . . . <u>a compact disc recordable drive</u> accessible from outside the housing . . . for recording . . . onto the compact disc . . . .

**20.**     The only thing disclosed to the PTO and the public in 1997 as being the applicants' invention was a device for burning CDs.

**21.**     The term "music jukebox" is absent from the Provisional '999 Application.

### The July 1998 Nonprovisional '989 Application.

**22.**     Just before the expiration of the Provisional '999 Application's 12-month period, Mr. Keller and Mr. Kelley filed a separate nonprovisional application. This was the '989 Application, filed on 8 July 1998.

23.    On the first page of the new Application, it stated:

Related Application

This application claims the benefit of U.S. Provisional Application No. 60/051,999, filed July 9, 1997.

24.    To be entitled to that 1997 date, the '989 Application had to be an "application for patent . . . for an invention disclosed in the manner provided by [35 U.S.C. § 112 ¶ 1] in [the '999] provisional application" pursuant to 35 U.S.C. § 119(e)(1).

25.    The '989 Application differs from the Provisional '999 Application in some respects.

26.    The title is different.  The Provisional '999 Application was entitled "COMPACT DISC RECORDER."  The new '989 Application was entitled "OPTICAL STORAGE DEVICE."

27.    A number of additions and deletions also occurred in the specification.

28.    **Exhibit '1'** hereto is a "redline" showing the changes to the specification between the Provisional '999 Application and the '989 Application.

29.    The "Background" contains an almost-unchanged discussion of the disadvantages of audio tape and the advantages of CDs.  While the Provisional '999 Application had stated that most CD players did not permit recording on a CD, the '989 Application now addressed "[t]hose compact disc recorders which are generally available" and identified disadvantages associated with them, such as poor editing features.

30.    Similarly, the "Objects and Summary of the Disclosure" are still grounded in the fact that the invention must be a device for burning CDs.

31.    Likewise, the written description and drawings still referred expressly to "compact disc recorder 30" and depicted the "dis*cribe*™ Recorder" with a CD burner 58:



32.    The "Abstract" still announced that:

Disclosed is an optical storage device in the form of <u>a compact disc recorder</u> which includes . . . a compact disc recordable drive . . . for . . . recording . . . onto a compact disc . . . .

33.    The '989 Application included only two independent claims (1 and 20), both of which required that the invention include a CD burner:

1.    An optical storage device . . . comprising . . . an optical storage <u>drive</u> . . . for . . . <u>recording</u> the digital data <u>onto an optical storage medium</u> . . . .

20.    An optical storage device . . . comprising . . . an optical storage <u>drive</u> . . . for . . . <u>recording</u> the digital data <u>onto an optical storage medium</u> . . . .

34.    During prosecution, applicants amended every claim and added new claims.  The application ultimately issued as U.S. Patent No. 6,172,948.  The CD burner limitation remained intact throughout prosecution, and is a limitation of every single claim of the '948 patent.

35.    Once again, nothing in the '989 Application disclosed to the public that applicants had invented anything other than a device for burning CDs.

## The August 2000 '069 "Continuation" Application.

36.    On 17 August 2000, more than three years after the filing of the original 1997 Provisional '999 Application, Mr. Keller and Mr. Kelley filed the '069 Application from which the '403 patent-in-suit issued in July 2003.

37.    On the same day, they also filed Application 09/641,200 ("the '200 Application") as a Continuation-in-Part ("CIP") application.  The '200 Application ultimately issued as U.S. Patent No. 6,587,404 on the same day as the '403 patent-in-suit.

38.    On the first page of the '069 Application, the applicants and their lawyer represented to the PTO:

Related Application

This application is <u>a continuation of</u> U.S. patent application Serial No. 09/111,989, filed July 8, 1998, which claims the benefit of U.S. Provisional Application No. 60/051,999, filed July 9, 1997.

(Underscoring added.)

39.    A "continuation" application seeking the benefit of an earlier filing date is permitted by 35 U.S.C. § 120 under certain conditions.  One of the conditions imposed by 35 U.S.C. § 120 is that a continuation application cannot introduce new matter:

An application for patent <u>for an invention disclosed in the manner provided by [35 U.S.C. § 112 ¶ 1]</u> in an application previously filed in the United States, . . . shall have the same effect, as to such invention, as though filed on the date of the prior application . . . .

35 U.S.C. § 120 (2000) (underscoring added).

40.    A "continuation" application is to be distinguished from a "continuation-in-part" application "which <u>may</u> disclose and claim subject matter not disclosed in the prior application," 37 C.F.R. § 1.53(b)(2), but the claims addressed to that new matter are not entitled to the benefit of an earlier filing date under § 120.

41.    Because the '069 Application was filed as a continuation application —
and not a continuation-in-part application — Mr. Keller and Mr. Kelley were
limited to seeking patent coverage for an invention disclosed in the earlier
application, that is, "the same invention" in the words of MPEP § 201.07.

42.    But Mr. Keller sought patent coverage for something not disclosed as
an invention in the 1997 and 1998 applications.

43.    The '069 Application included one independent claim and fifteen
dependent claims.  The CD burner that had always been an essential and express
limitation of the invention disclosed in the Provisional '999 Application
("COMPACT DISC RECORDER") and the '989 Application ("OPTICAL STORAGE
DEVICE") was no longer recited explicitly in the new claims.

44.    Mr. Keller and Mr. Foley also rewrote the specification to try to change
how someone reading it would understand the invention.  Specifically, they rewrote
it to conceal the fact that a CD burner was a critical and essential part of the
invention as conceived in 1997 and 1998.  Those surreptitious changes were not
marked in the document filed as the '069 Application.

45.    A "redline" showing differences between the specifications of the '948
patent (*i.e.*, the '989 Application) and the '403 patent (*i.e.*, the '069 Application) is
attached as **Exhibit '2'.**

46.    As the redline shows, the "continuation" application in 2000 was
dramatically changed from the non-provisional application in 1998.

47.    Mr. Keller and Mr. Foley renamed the application yet again, this time
calling it "MUSIC JUKEBOX."

48.    Mr. Keller and Mr. Foley deleted the old "Abstract" entirely.  The old
one stated: "Disclosed is an optical storage device in the form of a <u>compact disc
recorder</u> . . . ."  They inserted a brand new Abstract, this one stating:  "Disclosed is <u>a
music jukebox</u> which is configured for storing a music library therein. . . ."
(Underscoring added.)

49.    Mr. Keller and Mr. Foley rewrote the opening "Background" paragraph
to say:  "The present invention . . . relates specifically to <u>a novel music jukebox</u>,"

instead of "The present invention . . . relates specifically to <u>a novel recording device</u> <u>for recording onto a compact disc</u> or other optical storage medium."  (Underscoring added.)

50.    Mr. Keller and Mr. Foley rewrote the "Objects and Summary of the Disclosure" and "Brief Description of the Drawing" to strike out 14 instances of "compact disc recorder" and replace it with "music jukebox."

51.    Mr. Keller and Mr. Foley also deleted almost three full paragraphs of the Summary discussing the CD burner the applicants actually conceived of in 1997 and replaced it with a new paragraph about "a music jukebox."

52.    Mr. Keller and Mr. Foley reworked the beginning of the "Description" to insert the following underscored verbiage:  "Shown in FIG. 1 is an optical storage device <u>in the form of a music jukebox</u> or compact disc recorder 30 in accordance with an embodiment of the present invention" and "<u>Hence, in the following description,</u> <u>the device 30 is interchangeably referred to as a compact disc recorder and music</u> <u>jukebox</u>" (and also by replacing two more instances of "compact disc recorder" with "music jukebox").  (Underscoring added.)

53.    Despite that statement about the "following description," the invention is never again referred to in the Description as a "music jukebox."  Rather, the remaining 36 pages of the Description refer to "the compact disc recorder 30" a total of 120 times.  And those 36 pages describe the same sole embodiment described in the Provisional '999 Application and the '989 Application, namely the "dis*cribe*™ recorder," the critical purpose of which is to burn CDs.

54.    On the same day as the '069 Application was filed, Mr. Keller submitted a Declaration to the PTO.

55.    That Declaration averred that "I believe I am . . . an original, first and joint inventor . . . of the subject matter which is claimed and for which a patent is sought on the invention entitled MUSIC JUKEBOX . . . ."

56.    That Declaration also averred that "I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations, § 1.56."

57.    That Declaration also stated:

I hereby claim the benefit under Title 35, United States Code, § 119(e) of any United States provisional application(s) listed below: 60/051,999, July 9, 1997 . . . .

58.    That Declaration also stated:

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below:   . . . 09/111,989, July 8, 1998 . . . .

59.    That Declaration also stated:

Insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application . . . .

60.    A reasonable examiner, seeing that an application is claimed to be a continuation application, would assume that the specification of the new application is almost identical to the specification of the earlier application.

61.    A reasonable examiner would rely upon applicants' duty of candor.

62.    A reasonable examiner would find highly material the issue of whether an application is a continuation or a continuation-in-part.   New matter in a continuation-in-part application is not entitled to the benefit of the filing date of the earlier application.   Accordingly, intervening art post-dating the earlier application could be citable as prior art rendering claims directed to the new matter unpatentable.

63.    A reasonable examiner who believes that an application is truly a continuation application will not be motivated to search for intervening art.

64.    The changes made in the specification, and the failure to show affirmatively that those changes had been made, would have been material to a reasonable examiner.   Seeing the changes would have alerted a reasonable examiner to assess whether the new claims were, in fact, for an invention disclosed

in the 1997 provisional application, and thus, whether 1997 was the date against which the examiner should define art as "prior" or not.

65.    The same PTO Examiner, Tan Dinh, was assigned to examine the non-provisional '989 Application, the "continuation" '069 Application, and the co-pending '200 Application.

66.    The fact that the same PTO Examiner had examined the '989 Application, of which the '069 claimed to be a continuation, makes it less likely that the Examiner would have believed it necessary to review closely the specification of the new '069 application because he reasonably would have believed it to be essentially identical to the '989 specification.

67.    The PTO Examiner in fact believed that the invention sought to be patented in the '069 Application included a CD burner.

68.    The Examiner twice rejected the claims of the '069 Application for a "music juke box (compact disk recording/playback device)" in view of prior art that required a CD burner.

69.    The Examiner also rejected the claims under "the judicially-created doctrine of double patenting" because the subject matter claimed in the '069 Application would be covered by any patent granted on the co-pending '200 Application.

70.    Each claim of that co-pending '200 Application required a compact disc recorder.

71.    The double-patenting rejection means that the claims of the co-pending '200 Application — *which required a CD burner* — read on the claims of the'403 Patent.  That means that the PTO interpreted the claims of the '069 Application also to require a CD burner — else they would not "infringe" the '200 Application claims.

72.    Although Mr. Keller and Mr. Foley knew that the PTO interpreted the claims of the '069 Application to require a CD burner, they failed to disclose to the PTO that, in their view, the claims should be construed not to require a CD burner.

73.    Instead, Mr. Keller and Mr. Foley *acquiesced in the PTO's interpretation*.  They did not seek to traverse the double-patenting rejection by arguing that the '069 Application claims did not require a CD burner.  Rather, on 8 February 2002, they submitted a Terminal Disclaimer to overcome the double-patenting rejection.  In their Response of the same day, they stated:

> The Examiner indicated that the rejection could be overcome by filing a Terminal Disclaimer.  A Terminal Disclaimer for each application is enclosed, along with two checks in the amount of $55.00 to cover the filing fee.  Therefore, Applicant respectfully requests that the rejection be withdrawn.

By filing a Terminal Disclaimer to overcome the double-patenting rejection, Mr. Keller and Mr. Foley acquiesced that the '069 Application's claims for a "music jukebox" required a CD burner.

74.    After the Examiner had indicated he would allow claims of the application to issue as patent claims, Mr. Keller submitted a "Supplemental Declaration After Allowance."

75.    That Declaration averred that:

> PETER J. KELLER and MIKE KELLEY . . . declare that we believe that we are the original, first and joint inventors of the subject matter for which a patent is sought on the said invention, as set forth in the specification as finally amended and claimed in the claims as finally allowed in said application; we hereby state that we have reviewed and understand the contents of the above-identified specification, including the claims, as finally amended and allowed; and we acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulation, § 1.56(a).

76.    Mr. Keller and Mr. Foley each had a duty of candor and good faith in dealing with the PTO.

77.    Mr. Keller and Mr. Foley were under a duty to disclose to the PTO all information that they knew to be material to patentability.

78.    The specification of the '069 Application was dramatically different from the specifications of the provisional '999 Application and non-provisional '989 Application to which it claimed priority.

79.    Mr. Keller and Mr. Foley knew that the specification of the '069 Application was dramatically different from the specifications of the provisional '999 Application and non-provisional '989 Application.

80.    Mr. Keller and Mr. Foley did not tell the PTO that the specification of the '069 Application was dramatically different from the specifications of the provisional '999 Application and non-provisional '989 Application.

81.    This omission was material because a reasonable Examiner would consider the undisclosed changes important in deciding what art was "prior" and whether to allow the '069 Application to issue as a patent and because the undisclosed facts contradicted, and would have prevented the making of, the express assertions (a) that the '069 Application was a "continuation" and (b) that the '069 Application was entitled to the benefit of a 1997 filing date.

82.    Mr. Keller and Mr. Foley knew this omission was material.

83.    Mr. Keller and Mr. Foley made this omission with the intent to mislead the PTO.

84.    Mr. Keller and Mr. Foley knew that if they revealed this information, then the Examiner would have been alerted to assess whether the claims were entitled to the 1997 filing date, and they knew that if he determined they were not entitled to the 1997 filing date, then intervening music-player art could be cited against them and the claims might not issue, at least in the form they desired.

85.    The statement that the '069 Application was a "continuation" application was a false statement.  The '069 Application disclosed new matter and was actually a "continuation-in-part" application and not a "continuation" application.

86.    Mr. Keller and Mr. Foley knew that the '069 Application disclosed new matter and was not a "continuation application."

87.    Mr. Keller and Mr. Foley told the PTO that the '069 Application was a "continuation" application when in fact it was a "continuation-in-part" application that contained new matter.

88.    The false statement that the '069 Application was a "continuation" application was material in that a reasonable Examiner would consider the false statement important in deciding the date against which art would be judged to be "prior" or not.

89.    Mr. Keller and Mr. Foley knew that the false statement was material.

90.    Mr. Keller and Mr. Foley made the false statement with the intent to mislead.

91.    Mr. Keller and Mr. Foley knew that if they truthfully revealed that the application was actually a continuation-in-part, then the Examiner would have been alerted to assess whether the claims were entitled to the 1997 filing date, and they knew that if he determined they were not entitled to the 1997 filing date, then intervening music-player art could be cited against them and the claims might not issue, at least in the form they desired.

92.    Mr. Keller's and Mr. Foley's failure to disclose that they disagreed with the Examiner's understanding that the claims of the '069 Application required a CD burner, whereas Mr. Keller and Mr. Foley desired to receive claims that they could argue should be construed not to require a CD burner was a material omission.

93.    The omission was material because Mr. Keller's and Mr. Foley's desired construction was broader than the construction understood by the Examiner, and the Examiner is supposed to give claims their broadest reasonable construction.  Understanding Mr. Keller and Mr. Foley's proposed construction would have been important to a reasonable examiner because the broader that claims are, then the more likely they may be unpatentable in view of the prior art under 35 U.S.C. § 102 and § 103.

94.    The omission was material also because understanding the breadth of Mr. Keller's and Mr. Foley's desired claim construction would have alerted a

reasonable examiner to determine whether the claims were entitled under 35 U.S.C. § 120 to the benefit of 1997 filing date.

95.    The omission was material also because understanding the breadth of Mr. Keller's and Mr. Foley's desired claim construction would have alerted a reasonable examiner to determine whether the specification of the '069 application satisfied the written description, enablement, and best mode requirements of 35 U.S.C. § 112 ¶ 1 for that desired claim scope.

96.    The averments in the Declaration filed at the commencement of prosecution and again in the Supplement Declaration After Allowance that Mr. Keller "believe[d]" that he was an "original, first and joint inventor" of subject matter claimed in the application as applied for and as allowed were false.

97.    Mr. Keller knew that he was not an inventor of subject matter for which patent coverage was sought because he knew that the "invention" as conceived in 1997 and 1998 required a CD burner and because he knew that he was intentionally seeking claims that would allow him to argue that he had broader patent coverage over portable digital music players that had been invented by others during the 1997-2000 period that intervened between the '999 Provisional Application in 1997 and the '069 Application in 2000.

98.    The false averments were material, and Mr. Keller knew they were material, because 35 U.S.C. § 102(f) provides that a person shall not be entitled to a patent if "he did not himself invent the subject matter sought to be patented."

99.    The false averments were made with the intent to mislead.

100.    Mr. Keller and Mr. Foley carried out a scheme to gain issuance of patent claims that they could argue would cover music players that the applicants never conceived of in 1997 or 1998 and that Mr. Keller and Mr. Foley knew to have been invented by others, and not by Mr. Keller and Mr. Kelley.  Mr. Keller and Mr. Foley carried out this scheme using intentional material misstatements and omissions to the PTO.  This behavior constitutes inequitable conduct.  That inequitable conduct renders unenforceable all claims of the '403 and '393 Patents.

## **AAD's Improper Small Entity Payments.**

**101.** The '403 and '393 Patents are also unenforceable because Advanced Audio Devices, controlled by its president Mr. Keller, has made improper small entity payments to the PTO with an intent to deceive.

**102.** Patentees are required to pay an initial issue fee and subsequent maintenance fees every four years for the term of the patent to prevent expiration of the patent. Although the PTO allows small entities, *e.g.*, independent inventors and small business concerns, to pay reduced fees, a small entity is required to pay full fees if all of the patent rights are not owned and exclusively used by a small entity. Therefore, when a small-entity patentee licenses its patent to a large entity, the patentee is no longer entitled under the rules to pay reduced fees.

**103.** Improper payment of small entity fees constitutes inequitable conduct when the improper payments are made with an intent to deceive.

**104.** On 6 May 2003, prior to the issuance of the '069 Application as the '403 Patent, Mr. Foley submitted a Fee Transmittal form to the PTO in which he claimed small entity status on behalf of AAD:



| APPLICATION NO. | FILING DATE |
|---|---|
| 09/641,069 | 08/17/2000 |

TITLE OF INVENTION: MUSIC JUKEBOX

| APPLN. TYPE | SMALL ENTITY |
|---|---|
| nonprovisional | YES |

**105.** Mr. Foley enclosed a check for payment of the small entity issuance fee with the Fee Transmittal form.

**106.** The PTO accepted the small entity issuance fee and issued the '069 Application as the '403 Patent on 1 July 2003.

**107.** Beginning at least as early as Fall 2005, plaintiff AAD has licensed its patent portfolio, including both the '403 Patent and all related patents, including the '393 Patent, to large entity companies. As a result of its licensing activities,

AAD has not been entitled to pay reduced fees as a small entity since at least as early as Fall 2005.

108.    On 17 October 2006, AAD notified the PTO that AAD was no longer entitled to small entity status for the '403 Patent.

109.    But three weeks later, on 7 November 2006, Mr. Foley claimed small entity status on behalf of AAD when filing yet another alleged continuation application, U.S. Patent Application No. 11/557,317 (the "'317 Application") entitled "Method of Using a Personal Digital Stereo Player":

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | | Application or Docket Number 11/557,317 | | Filing Date 11/07/2006 | | ☐ To be Mailed | |
|---|---|---|---|---|---|---|---|
| APPLICATION AS FILED – PART I | | | | SMALL ENTITY ☒ | OR | OTHER THAN SMALL ENTITY | |
| | (Column 1) | (Column 2) | | | | | |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | | RATE ($) | FEE ($) |
| ☒ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 75 | | N/A | |
| ☒ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 250 | | N/A | |
| ☒ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 100 | | N/A | |

| | |
|---|---|
| Title of Invention: | METHOD OF USING A PERSONAL DIGITAL STEREO PLAYER |
| First Named Inventor/Applicant Name: | Peter J. Keller |
| Filer: | James R. Foley/Amy Lazzari |
| Attorney Docket Number: | 1453/38769B/3B-CON |
| Filed as Small Entity | |

110.    Over a year later, on 26 December 2007, Mr. Foley again claimed small entity status in connection with the payment of a fee for submission of a terminal disclaimer in the '317 Application.

111.    Mr. Foley's claims of small entity status in connection with the filing of the '317 Application and the submission of the terminal disclaimer during the prosecution of the '317 Application were false statements to the PTO.

112.    Mr. Foley knew that AAD had licensed its patents to large entities and that his claim of small entity status was false.

113.    Mr. Foley's claims of small entity status in connection with the filing of the '317 Application and the submission of the terminal disclaimer were material. The PTO would not have accepted the '317 Application, the terminal disclaimer, or the small entity fees paid in connection with the filing of the '317 Application and the terminal disclaimer if it had known that AAD improperly paid the small entity fees.

114.    Mr. Foley's claims of small entity status in connection with the filing of the '317 Application and the terminal disclaimer were made with the intent to deceive the PTO.

115.    As of today, AAD has not informed the PTO that it is not entitled to small entity status in connection with the '317 Application and that it was not entitled to small entity status when it paid the small entity filing fees for the '317 Application and the small entity fee for the terminal disclaimer.

116.    On 21 September 2007, about two years after AAD began licensing its patent portfolio to large entity companies, attorney Mr. Greer submitted a Fee Transmittal form to the PTO in which he claimed small entity status on behalf of AAD for the issue fee for the '178 Application:

| APPLICATION NO. | FILING DATE |
|---|---|
| 10/610,178 | 06/30/2003 |
| TITLE OF INVENTION: MUSIC JUKEBOX | |

| APPLN. TYPE | SMALL ENTITY |
|---|---|
| nonprovisional | YES |

117.    On 20 February 2007, seven months before Mr. Greer improperly claimed small entity status in connection with payment of the issue fee of the '178

Application, Mr. Greer properly paid the large entity fees for submission of a Request for Continued Examination and extra claims in the '178 Application.

118.    The PTO accepted Mr. Greer's representation that AAD was entitled to small entity status in September 2007, accepted AAD's payment of the small entity issue fee, and issued the '178 Application as the '393 Patent.

119.    As of today, AAD has not informed the PTO that it is not entitled to small entity status in connection with the '393 Patent and that it was not entitled to small entity status when it paid the small entity issue fee for the '393 Patent.

120.    Mr. Greer's claim of small entity status in connection with the issue fee for the '178 Application was a false statement to the PTO.

121.    Mr. Greer knew that AAD had licensed its patents to large entities and that his claim of small entity status was false.

122.    Mr. Greer's claim of small entity status in connection with the issue fee for the '178 Application was material.  The PTO would not have issued the '393 Patent if it had known that AAD improperly paid the small entity issue fee.

123.    Mr. Greer's claim of small entity status in connection with the issue fee for the '178 Application was made with the intent to deceive the PTO.

124.    During the prosecution of the '178 Application, Mr. Greer made other improper claims of small entity status.

125.    In particular, Mr. Greer claimed small entity status in connection with payments made to the PTO on 14 November 2005, 26 April 2006, and 19 September 2006.

126.    Mr. Greer's claims of small entity status on 14 November 2005, 26 April 2006, and 19 September 2006 were false statements to the PTO.

127.    Mr. Greer knew on 14 November 2005, 26 April 2006, and 19 September 2006 that AAD had licensed its patents to large entities and that his claim of small entity status was false.

128.    Mr. Greer's claims of small entity status in connection with the '178 Application on 14 November 2005, 26 April 2006, and 19 September 2006 were

material.  The PTO would not have accepted the payments if it had known that AAD improperly paid the small entity issue fee.

**129.**    Mr. Greer's claims of small entity status on 14 November 2005, 26 April 2006, and 19 September 2006 were made with the intent to deceive the PTO.

**130.**    AAD has engaged in a pattern of making material false statements regarding its entity status with the intent to deceive the PTO.  This behavior constitutes inequitable conduct.  That inequitable conduct renders unenforceable all claims of the '403 and '393 Patents and all related patents.

## Defense No. 4:  Failure to Provide Notice

**131.**    To the extent that AAD's First Amended Complaint relates to the '403 Patent and to devices sold before November 17, 2005, AAD is barred from recovering damages by 35 U.S.C. § 287(a).  To the extent that AAD's First Amended Complaint relates to the '393 Patent and to devices sold before December 5, 2007, AAD is barred from recovering damages by 35 U.S.C. § 287(a).

## Defense No. 5:  Laches, Waiver, and/or Estoppel

**132.**    Discovery may demonstrate evidence that AAD's claims are barred, in whole or in part, by the equitable doctrines of laches, waiver, and/or estoppel.

## Defense No. 6:  Unclean Hands

**133.**    Discovery may demonstrate evidence that AAD is precluded and barred from any recovery of damages or other relief by reason of AAD's unclean hands.

## PRAYER FOR RELIEF

Accordingly, Philips respectfully prays for the Court enter judgment as follows concerning AAD's claims and Philips' defenses:

**A.**    A judgment in favor of Philips and against AAD on all of AAD's claims and all of Philips' defenses.

**B.**    A judgment that this is an exceptional case under 35 U.S.C. § 285.

**C**.    A judgment awarding Philips its attorney fees and all other expenses including expert fees.

**D.**    A judgment awarding such other relief as the Court deems just and is warranted by the evidence.

## JURY DEMAND

Philips requests trial by jury on all claims and issues so triable.

Respectfully submitted,
PHILIPS ELECTRONICS NORTH AMERICA CORP.

Dated:  11 August 2008

_____/s/Patrick J. Kelleher_____
Patrick J. Kelleher (6216338)
*patrick.kelleher@dbr.com*
Brian C. Rupp (6204208)
*brian.rupp@dbr.com*
Carrie A. Beyer (6282524)
*carrie.beyer@dbr.com*
Justin O. Kay (6286557)
*justin.kay@dbr.com*
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr. #3700
Chicago, IL  60606
312.569.1000

# Exhibit 1

[3]{~~Provisional 60/051,999~~}[4][US 6,172,948 B1]

[5]{~~COMPACT DISC RECORDER~~}
**[6]**[OPTICAL STORAGE DEVICE]

## Abstract

Disclosed is [7]{~~a compact disc recorder embodied in a stereo deck housing. The~~}[8][an optical storage device in the form of a] compact disc recorder[9][ which] includes [10]{~~an analog line-in jack on the housing~~}[11][sound receiving means] for receiving analog [12]{~~sounds, an analog-to-digital~~}[13][signals, a] convertor [14]{~~within the housing ~~}connected to the [15]{~~line-in jack~~}[16][sound receiving means] for converting the received analog [17]{~~sounds into digital data, a central processing unit within the housing communicatively connected to the analog-to-digital convertor for receiving digital data therefrom and connected to a digital-to-analog convertor for transmitting digital data thereto, a hard drive within the housing communicatively connected to the central processing unit~~}[18][signals into digital data, data storage structure communicatingly connected to the convertor] for receiving the digital data from the [19]{~~central processing unit~~}[20][convertor] and[21]{~~ for~~} storing the digital data received, [22]{~~where the central processing unit can read~~}[23][and a compact disc recordable drive communicatingly connected to the data storage structure for receiving the] stored digital data from the [24]{~~hard drive, a~~}[25][data storage structure and recording the digital data onto a compact disc received by the] compact disc recordable drive[26]{~~ accessible from outside the housing and communicatively connected to the central processing unit for receiving digital data read from the hard drive and for recording the received digital data onto the compact disc, and audio output structure connected to the digital-to-analog convertor for receiving analog sounds therefrom and for emitting the analog sounds received. A method of receiving analog sounds and recording digital data relating to the received analog sounds onto a compact disc is also disclosed.~~}[27][.]

[28]{~~Background~~}

## [29][*Description*]

---

[30][BACKGROUND ]

The present invention relates generally to audio recording devices, and relates specifically to a novel recording device for recording onto a compact disc[31]{~~.~~}[32][ or other optical storage media. ]

Present audio tape recorder/players provide for both audio recording onto a cassette tape and [33]{~~playback~~}[34][play back] of the audio recording, and are generally relatively

easy to use.  The typical audio tape recorder/player has several push-buttons which allow a user to have the device perform a number of functions in connection with the cassette tape.  Normally, a push-button is provided for each of the following functions: pause, stop, rewind, fast forward, play and record.

In addition to being easy to use, some audio tape recorder/players provide additional advantages by way of advanced features.  For example, some provide that one can determine a recording sound level before or during a recording, and set or adjust a recording gain level in response thereto.  Specifically, some provide a digital display, such as an LED display, that indicates the sound level which will be recorded (or which is being recorded) onto the cassette tape, and provide a rotary knob, or other type of adjustor, which one can adjust in order to set (or adjust) the recording gain level[35]{ in response thereto. }[36][.] However, even these more advanced audio tape recorder/players do not provide that one can listen to how the recording actually sounds until after the sounds are recorded onto the tape.  In other words, the typical audio tape recorder/player does not allow one to truly "audition" a recording before it is actually recorded onto a cassette tape.  As a result, several "takes" may be required before an acceptable recording is obtained.  A recording may be unacceptable because of a number of reasons such as, for example, because the recording gain level was set too low or too high.

Additionally, present audio tape recorder/players do not provide an easy way to vary the order in which a set of sounds[37]{ will appear on the cassette tape, for example, the order in which }[38][, such as] a set of songs[39][,] will appear on the cassette tape.  Because an audio tape recorder/player records essentially what it "hears" or receives, in real time, it is not possible to easily customize the order in which sound tracks, such as songs, will appear on the recorded tape.

Another disadvantage of audio tape recorder/players is that they produce analog recordings, and analog recordings have a lower sound quality than do digital recordings.  Furthermore, cassette tapes are not as durable as compact discs.  For example, a dirty tape head may effectively destroy a cassette tape upon [40]{playback. }[41][play back.] For these reasons, cassette tapes are no longer the standard in the music industry, and compact discs are now en vogue.  Therefore, while the demand for audio tape recorder/players has decreased, the demand for compact disc players has been increasing.

Like present audio tape recorder/players, present compact disc players are also relatively easy to use and provide push-button controls, with a push-button being provided for each of the following functions in connection with the compact disc: pause, stop, track reverse, track forward and play.  The track reverse and track forward functions of the present-day compact disc player are much like the rewind and forward functions, respectively, of the present-day audio tape recorder/player.  However, the nature of compact discs provides that the track reverse and track forward functions of a compact disc player are more useful than the respective rewind and fast forward functions of an audio tape recorder/player.  Specifically, holding the track reverse or track forward push-button down provides that the compact disc player skips back or

forward, respectively, within a given sound track.  In contrast, tapping the track reverse or track forward push-button on the compact disc player provides that the compact disc player very quickly skips back or ahead, respectively, to the previous or next sound track on the compact disc.  Because of the general nature of cassette tapes, this latter feature cannot [42][effectively ]be provided on audio tape recorder/players.

As mentioned, compact disc players provide certain advantages over audio tape players. Compact disc players [43]{playback}[44][play back] digital sound recordings from a compact disc, and digital sound recordings have a higher sound quality than do analog [45]{sound}[46][signal] recordings. Also, compact disc players provide for fast movement to the previous or next sound track.  However, while audio tape recorder/players provide that one can record onto a cassette tape, [47][most ]presently generally available compact disc players do not provide that one can record onto a compact disc.

[48][Those compact disc recorders which are generally available record onto a compact disc in real time and do not provide any true editing functions. For example, some compact disc recorders now available provide that a source device, such as a compact disc player or a cassette tape player, is first connected to inputs of the compact disc recorder. Then, as the source device is operated to begin playing music from the source medium, the compact disc recorder is operated to begin recording. Therefore, as the source device is playing music, the compact disc recorder records the music in real time, as the compact disc recorder receives the music through its inputs. ]

[49][There are many disadvantages to having to record in real time. One disadvantage is that editing is severely limited. If a mistake is made, the mistake is generally non-correctable. For example, if one begins recording the wrong song onto the compact disc or begins recording a song at the wrong volume, the mistake cannot readily be corrected. One would have to start over, and begin recording onto a new compact disc. Another disadvantage to having to record in real time is that if one wishes to make several identical compact discs, one would need to re-play all of the source music into the compact disc recorder. Of course, this effectively provides more opportunities for mistakes to be made while recording. Furthermore, if one wishes to make a second compact disc much like a compact disc which was made previously, with the exception of one song being replaced by another, one would need to re-play all of the previous source music into the compact disc recorder in addition to having to play the new song into the recorder. Likewise, if one wishes to make a second compact disc much like a compact disc which was made previously, with the exception of the songs on the second compact disc appearing in a different sequence, one would need to re-play all of the previous source music into the compact disc recorder, albeit in a different order. ]

[50][Some other compact disc recorders now available include two compact disc trays--one tray for playing music from a compact disc, and one tray for recording the music onto another compact disc. In other words, music is recorded from tray-to-tray. This type of compact disc recorder presents many of the same disadvantages as discussed above because the recording is still done in real time. ]

[51][Most of the compact disc recorders presently available can play music from a standard compact disc, thereby operating like a standard compact disc player. However, the devices generally cannot play back music which was received previously by the device unless the compact disc containing that music is first inserted into the tray of the device. ]

[52][Another disadvantage to the compact disc recorders which are presently generally available is that the devices cannot be used to record onto standard CD-R discs which can be played back using any standard compact disc player. Standard CD-R recordable compact discs (as opposed to discs marked "for consumer use") are presently widely available, are inexpensive, and can be played back using any standard compact disc player. ]

The present invention is directed [53]{to eliminate the problems encountered heretofore.}[54][at solving the disadvantages discussed hereinabove. ]
[55]{Objects and Summary of the Disclosure}

[56][OBJECTS AND SUMMARY OF THE DRAWINGS ]

A general object of the present invention is to provide a [57]{recording device for recording onto a compact disc.}[58][compact disc recorder which provides advantages not generally provided by other presently available compact disc recorders. ]

Another object of the present invention is to provide a compact disc recorder which [59]{is as easy to use as }[60][can be used to store music tracks as easily as using] a modern-day audio tape recorder/player.

[61]{Still another}[62][A further] object of the present invention is to provide a compact disc recorder that provides that one can listen to a [63][stored ]sound track before the sound track is [64]{to be }recorded onto a compact disc[65]{, in order to provide that one can}[66][ (i.e.] truly "audition" a recording[67][)]).

[68]{Yet still}[69][Still] another object of the present invention is to provide a compact disc recorder that provides that one can easily customize the order in which sound tracks will appear on a compact disc.

[70][Yet still another object of the present invention is to provide a compact disc recorder that can play back music which was received previously by the recorder without a compact disc containing that music being first inserted into the device. ]

[71][Yet a further object of the present invention is to provide a compact disc recorder that can be used to record onto computer-compatible compact discs which are presently

widely available, are inexpensive, and can be played back using a standard compact disc player. ]

Briefly, and in accordance with [72][at least one of ]the foregoing[73][ objects], the present invention envisions [74]{~~a compact disc recorder for receiving analog sounds and recording digital data relating to the received analog sounds onto a compact disc. To this end, a compact disc recorder in accordance with the present invention comprises~~}[75][an optical storage medium recorder, such as a compact disc recorder, which includes] sound receiving means for receiving [76]{~~the~~}analog [77]{~~sounds~~}[78][signals], a convertor connected to the sound receiving means for converting the received analog [79]{~~sounds~~}[80][signals] into digital data, data storage structure communicatingly connected to the convertor for receiving the digital data from the convertor and storing the digital data received, and [81][an optical storage drive, such as ]compact disc recordable drive[82][,] communicatingly connected to the data storage structure for receiving the stored digital data from the data storage structure and recording the digital data onto [83]{~~the~~}[84][an optical storage medium, such as onto a]compact disc[85]{~~.~~}[86][, received by the optical storage drive. ]

[87]{~~The~~}[88][A preferred embodiment of the] present invention envisions a [89]{~~preferred embodiment ~~}compact disc recorder embodied in a [90]{~~stereo deck housing, where the compact disc recorder comprises an~~}[91][housing and including at least one] analog line-in jack on the housing for receiving analog [92]{~~sounds~~}[93][signals], an analog-to-digital convertor within the housing connected to the[94][ at least one analog] line-in jack for converting the [95]{~~received ~~}analog [96]{~~sounds~~}[97][signals received by the analog line-in jack] into digital data, a central processing unit [98]{~~within the housing ~~}communicatingly connected to the analog-to-digital convertor for receiving digital data[99]{~~ therefrom and connected to a digital-to-analog convertor for transmitting digital data thereto, a hard drive within the housing communicatingly connected to the central processing unit for receiving the~~}[100][, data storage structure communicatingly connected to the central processing unit for receiving] digital data from the central processing unit and[101]{~~ for~~} storing the digital data received, [102]{~~where~~}[103][a digital-to-analog convertor connected to] the central processing unit [104]{~~can read stored digital data from the hard drive, a compact disc recordable drive accessible from outside the housing and communicatingly connected to the central processing unit for receiving digital data read from the hard drive and for recording the received~~}[105][for receiving digital data, a compact disc recordable drive communicatingly connected to the central processing unit for receiving digital data stored in the data storage structure and for recording the] digital data onto [106]{~~the~~}[107][a] compact disc[108]{~~, and~~}[109][ received by the compact disc recordable drive,] audio output structure connected to the digital-to-analog convertor for receiving analog [110]{~~sounds therefrom and for emitting the analog sounds received.~~}[111][signals therefrom and for outputting the analog signals received, and a display device connected to the central processing unit. The central processing unit is configured for displaying information on the display device relating to sound tracks stored in the data storage device, and there are input keys on the housing communicatingly connected to the central processing unit for manipulating the information displayed on the display device. The central processing unit is also configured so that at least one of the input keys can be operated to selectively store sound tracks in the data storage structure and

so that at least one of the input keys can be used to selectively display a master song list and at least one session song list on the display device, where the master song list lists all the sound tracks stored and available in the data storage structure, and the session song list lists a particular group of sound tracks which were previously selected to be in that particular session using at least one of the input keys. The central processing unit is also configured so that at least one of the input keys can be operated to output analog signals through the audio output structure relating to sound tracks previously stored in the data storage structure. ]

[112] {The present invention also envisions a method of receiving analog sounds and recording digital data relating to the received analog sounds onto a compact disc. To this end, a method in accordance with the present invention comprises receiving the analog sounds, converting the analog sounds into digital data, storing the digital data within data storage structure, transferring the digital data to a compact disc recordable drive, and using the compact disc recordable drive to record the digital data onto a compact disc.}

[113] {The present invention envisions a preferred method of receiving analog sounds and recording digital data relating to the received analog sounds onto a compact disc, where the method comprises receiving analog sounds through an analog line-in jack on a housing, converting the received analog sounds to digital data within the housing, storing the digital data in a hard drive within the housing, reading the digital data stored in the hard drive, converting the digital data read from the hard drive into analog sounds, emitting to a line-out jack on the housing the analog sounds converted from the digital data, inserting a compact disc into a compact disc recordable drive located in and accessible from outside of the housing, and using the compact disc recordable drive to record the digital data read from the hard drive onto the compact disc.}

[114] {Brief Description of the Drawings}

[115] [Preferably, the central processing unit is also configured so that at least one of the input keys can be operated to perform at least one of the following editing functions: to combine a plurality of stored sound tracks into a single stored sound track, to split a single stored sound track into a plurality of stored sound tracks, to trim a stored sound track, to convert a stored sound track so that the sound track has a different amplitude, and to convert a stored sound track so that the sound track either fades in or fades out. Still further, the central processing unit is also preferably configured so that at least one of the input keys can be operated to control play back of a compact disc received by the compact disc recordable drive. ]

[116] [BRIEF DESCRIPTION OF THE DRAWINGS ]

The organization and manner of the structure and function of the invention, together with further objects and advantages thereof, may be understood by reference to the following description taken in connection with the accompanying drawings, wherein like reference numerals identify like elements, and in which:

FIG. 1 is a perspective view of a [117]{~~novel~~}compact disc recorder[118]{ ~~structured~~} in accordance with [119][an embodiment of ]the present invention;

FIG. 2[120]{~~a~~} is a view of the front of the compact disc recorder [121]{~~shown~~}[122][illustrated] in FIG. 1;

FIG. [123]{~~2b~~}[124][3] is a view of the back of the compact disc recorder [125]{~~shown~~}[126][illustrated] in [127]{~~FIG. 1;~~}[128][FIGS. 1 and 2; ]
[129]{~~FIG. 3 is a~~}

[130][FIG. 4 is a simplified] block diagram of the internal [131]{~~structure of the compact disc recorder of FIG. 1;~~}
[132]{~~FIG. 4 is block diagram of the system architecture of the compact disc recorder of FIG. 1;~~}

[133]{~~FIG. 5 is a flow chart of operation of the compact disc recorder of FIG. 1 when power is initially applied thereto;~~}[134][components of the compact disc recorder illustrated in FIGS. 1 and 2; ]

[135][FIG. 5a is the left half of a more detailed block diagram of the internal components of the compact disc recorder illustrated in FIGS. 1 and 2; ]

[136][FIG. 5b is the right half of a more detailed block diagram of the internal components of the compact disc recorder illustrated in FIGS. 1 and 2; ]

FIG. 6 is a [137]{~~flow chart~~}[138][circuit diagram] of [139]{~~operation~~}[140][analog components] of the compact disc recorder [141]{~~of FIG. 1 to determine the application within which the compact disc recorder is being applied;~~}[142][illustrated in FIGS. 1 and 2; and ]

[143]{~~FIG. 7 is a state diagram of operation~~}[144][FIGS. 7-23 illustrate some of the different possible screen displays] of the compact disc recorder [145]{~~of FIG. 1 when used to review recorded sounds;~~}
[146]{~~FIG. 8 is a state diagram of operation of the compact disc recorder of FIG. 1 when used to record sounds;~~}

[147]{~~FIG. 9 is a state diagram of operation of the compact disc recorder of FIG. 1 when used to record onto a compact disc;~~}[148]{~~FIG. 10 is a state diagram of operation of the compact disc recorder of FIG. 1 when used to test record onto a compact disc;~~}[149][illustrated in FIGS. 1] and[150][ 2. ]

[151]{~~FIG. 11 is a state diagram of a utility menu of the compact disc recorder of FIG. 1.~~}

[152]{~~Description~~}

[153][DESCRIPTION ]

While the present invention may be susceptible to embodiment in different forms, there is shown in the drawings, and herein will be described in detail, an embodiment with the understanding that the present description is to be considered an exemplification of the principles of the invention and is not intended to limit the invention to that as illustrated and described herein.

Shown in FIG. 1 is [154]{~~a novel~~}[155][an optical storage device or] compact disc recorder 30 in accordance with [156][an embodiment of ]the present invention. The compact disc recorder 30 is a [157][easy-to-use ]stand-alone audio recording device that can receive [158]{~~sounds~~}[159][signals] from an analog audio source and produce digital recordings onto a compact disc.[160]{~~ Additionally, the compact disc recorder 30 provides that one can review, or "audition", saved sound tracks which have been received from an analog audio source, before a corresponding digital recording is produced on a compact disc.~~}[161][ As will be described, the compact disc recorder 30 has memory so sound tracks can be stored therein and selectively played back. In this regard, the compact disc recorder 30 can be effectively employed as a modern-day juke box. Additionally, the fact that the compact disc recorder 30 includes memory provides that saved sound tracks can be reviewed, or "auditioned", before being burned onto a compact disc. Preferably, the compact disc recorder 30 has many enhanced functions allowing for the advanced editing of stored sound tracks, and can be used to play back standard, commercially available compact discs. These advantages as well as many others will be apparent after reading the following description of the compact disc recorder 30. ]

Internal components of the compact disc recorder 30 are protected by a housing 32, which may be a fabricated metal case much like those of standard stereo decks such as cassette decks and compact disc players. As shown in FIG. 1, the housing 32 has a front panel 34, a back panel 36, sides 38, a top 40 and a bottom 42. The housing 32 may incorporate, or have attached thereto, standard computer bay/mounting hardware, such as rails for drive mounting, one or more slots for circuit board mounting, and other mounting attachment structure.

As shown in FIGS. 1 and [162]{~~2a,~~}[163][2,] the front panel 34 of the compact disc recorder 30 [164][is an][165] injection-molded front bezel [166][44 which ]provides, essentially, a user interface[167]{~~;~~} which displays information to a user and provides means for allowing the user to program and control the compact disc recorder 30.[168]{~~ Specifically, the front panel 34 of the compact disc recorder 30 is a custom manufactured~~}[169] injection-molded front bezel [170]{~~44.~~} The front bezel 44 has a digital graphic display [171]{~~unit~~}[172][device] 46 thereon. The digital graphic display unit 46 is, for example, a [173]{~~240 x ~~}[174][240.times.]64 dot graphics LCD with LED back-light, or may be a type of plasma display and/or a group of lamp devices. Regardless, the digital graphic display [175]{~~unit~~}[176][device] 46 provides that the compact disc recorder 30 can communicate certain information to the user in connection with the operation, control and programming of the compact disc recorder 30. In addition, the digital graphic display unit 46 may also be a graphic user interface, such as a [177]{~~"~~}touch screen[178]{~~"~~} whereby a

user can operate, control and[179]{/or} program the compact disc recorder 30 by physically touching the digital graphic display unit 46 with a finger, light pen, or some other object.

The front bezel 44 also [180]{includes a switchpad input device, providing}[181][provides] a means to give editing commands to embedded software (to be discussed later herein) for ordering, auditioning and playing back sound tracks [182]{temporarily }stored in the compact disc recorder 30, prior to recording the tracks onto a compact disc. Specifically, the front bezel 44 has a set 48 of six transport control push-buttons [183][41, 43, 45, 47, 49, ]50 thereon for providing that the user can control the functioning of the compact disc recorder 30. The[184][ set 48 of] push-buttons are identical to those typically found on present-day compact disc players, but also includes a push-button to direct the compact disc recorder 30 to [185]{record onto a compact disc. }[186][enter a record mode as will be described more fully later.] In other words, there is a separate push-button provided for each of the following functions of the compact disc recorder 30: [187]{play, forward track}[188][stop (button 41), pause (button 43)], reverse track[189]{, pause, stop}[190][ (button 45), play (button 47), forward track (button 49)] and record[191][ (button 50)]. The front bezel 44 also includes a second set 52 of [192][six ]push-buttons[193]{, and this}[194] second set 52 of push-buttons [195]{consists of six soft-keys}[196][ 53, 55, 57, 59, 61, 63] each of which relates to [197]{a specific function}[198][certain functions] of the compact disc recorder 30 [199]{in connection with}[200][relating to] programming the compact disc recorder 30 and [201]{audibly reviewing}[202][editing] sound tracks [203]{which have been previously received and stored within the compact disc recorder 30. For example, the second set 52 of push-buttons may allow a user to call up, or access, a menu}[204][previously stored therein. Preferably, the][205] second set 52 of push-buttons [206][allows a user to access and interact with menus displayed] on the digital graphic display [207]{unit 46 and interact therewith. To this end, the second set 52 of push-buttons may include soft-keys allowing the user to answer "yes" or "no" to prompts provided by the digital graphic display unit 46 on the front bezel 44. Another soft-key can be provided to allow the user to delete a sound track which has been saved by the compact disc recorder 30, which will be described later herein. The second set 52 of push-buttons may also include input/output or source/target circuit selectors and selector controls. Additionally, a selector switch may be provided to switch the functioning of the compact disc recorder 30 from a SCSI device to, essentially, a stereo deck for recording analog sounds onto a compact disc. Preferably, all push-buttons provided}[208][device 46. This will be described in more detail later herein. Preferably, both sets 48 and 52 of push-buttons] on the front bezel are illuminated, such as by [209]{LED's.}[210][LEDs. ]

[211]{As shown, the front bezel 44 also includes a CD}[212][The front bezel 44 also includes optical storage medium receiving structure so that an optical storage medium may be inserted into an optical storage drive. As shown, the optical storage medium receiving structure and optical storage drive may comprise a compact disc] tray 54 and a [213]{CD}[214][compact disc] tray eject/retract button [215]{56. The CD}[216][56 where the compact disc] tray 54 forms a portion of a compact disc recordable drive 58 (see FIGS. [217]{3 and }4[218][ and 5]) that is housed within the housing 32 of the compact disc recorder 30. Pressing the [219]{CD}[220][compact disc] tray eject/retract button 56 one time provides

that the CD tray 54 on the front bezel 44 opens and extends to allow the insertion of a compact disc into, or the removal of a compact disc from, the compact disc recordable drive 58 housed within the housing 32 of the compact disc recorder 30. Pressing the [221]{CD}[222][compact disc] tray eject/retract button 56 again provides that the [223]{CD}[224][compact disc] tray 54 on the front bezel 44 retracts and closes to provide that the compact disc recordable drive 58 can interact with the compact disc. [225][Alternatively or additionally, the compact disc recorder may be configured such that one of the push-buttons can be used to open and close the compact disc tray 54.] The compact disc recordable drive 58 may be provided such that a plurality of compact discs may be inserted therein. To this end, the [226]{CD}[227][compact disc] tray 54 may open to provide access to more than one compact disc, or the compact disc recordable drive 58 may have more than one [228]{CD tray 54.}[229][compact disc tray 54. Instead of a compact disc recordable drive 58, the device may include some other type of optical storage device such as a DVD recorder. ]

Further, the front bezel 44 includes analog/digital controls, thus providing [230][a ]means to operate a recording, or input, signal level and the [231]{playback}[232][play back], or output, signal level. Specifically, the front bezel 44 includes gain adjustors 60 thereon comprising two single-turn rotary potentiometers 62 and 64 for controlling the input gain of each of the right and left channels, 66 and 68, respectively, of a line-in jack 70, which, as shown in FIG. [233]{2b,}[234][3,] is on the back panel 36 of the compact disc recorder 30. [235][ Indicia may be provided on the front bezel 44 in the vicinity of the gain adjustors 60 to indicate which adjustor 60 corresponds to the right channel, and which adjustor 60 corresponds to the left channel.] As shown in FIGS. 1 and [236]{2a,}[237][2,] the front bezel 44 also includes a volume adjuster 72 which comprises a dual-turn rotary potentiometer 74 for controlling the output volume to a headphone jack 76, also located on the front bezel 44. Preferably, the headphone jack 76 on the front bezel 44 consists of a standard one-quarter inch, gold-plated headphone jack. Additionally, as shown, the front bezel 44 may include a remote control signal receiving window 77 for receiving [238][and/ or sending ]signals [239][to and/or ]from a remote control[240][ which may include buttons corresponding to either or both sets 48 and 52 push-buttons provided on the front bezel 44 of the compact disc recorder 30 as well as a display screen]. Finally, also included on the front bezel 44 of the compact disc recorder 30 is a power switch [241]{(not shown)}[242][79] which [243]{is preferably}[244][may be] illuminated with an LED like the other push-buttons[245]{.}[246][ on the front bezel 44. As shown, the front bezel 44 may also include a microphone 75 for receiving a user's voice and operating in response thereto. ]

As mentioned, and as shown in FIG. [247]{2b,}[248][3,] the back panel 36 of the compact disc recorder 30 includes a line-in jack 70 having a right channel 66 and a left channel 68. The line-in jack 70 provides that the compact disc recorder 30 can receive stereophonic [249]{sounds}[250][signals] from an external source, such as from a tape deck, [251]{from}[252][a compact disc player,] a stereo radio receiver, or[253]{ from} practically any other analog audio source. The back panel 36 of the compact disc recorder 30 also includes a line-out jack 78 having a right channel 80 and a left channel 82. The line-out jack 78 provides that the compact disc recorder 30 can transmit stereophonic [254]{sounds}[255][signals] to a pre-amplifier or amplifier, such as to a stereo radio receiver, or even to a standard cassette deck. Preferably, each of the line jacks 70 and 78 is a standard RCA jack having

about 10,000 Ohms of impedance, and is color-coded for stereo connection to an existing stereo system. For example, the right channels 66 and 80 may be colored red, and the left channels 68 and 82 may be colored white. Indicia may also be provided in the vicinity of the jacks 70 and 78 to indicate the respective channels thereof.[256][ As shown, there may also be provided balanced input jacks 71 and 73 in the form of one-quarter inch jacks. ]

The back panel 36 also includes a[257]{ IEC type, auto-ranging} power supply cord (not shown) that can be plugged into a common household electrical outlet to provide power to the compact disc recorder 30 when the power switch [258][79 ]on the front bezel 44 is pressed.[259]{ The }[260][ Depending on the configuration of the compact disc recorder 30, the] power supply cord can[261][ be provided to] operate either with a 115 Volt/60 Hz electrical outlet which is commonly found in United States households, or with a 230 Volt/50 Hz electrical outlet which is commonly found in other countries.

[262][As mentioned, the back panel 36 preferably includes standard RCA input jacks 66 and 68 as well as balanced inputs 71 and 73. ]In addition to, or instead of, [263]{the line-in jack 70,}[264][these input lines,] the back panel 36 may also include a single line stereo input. Also, in addition to, or instead of, the headphone jack 76 and the line-out jack 78, the back panel 36 may also include a single line stereo output. The single line stereo input and output may each comprise a standard, one-eighth inch TRS stereo jack. The single line stereo input would provide that the compact disc recorder 30 can receive both channels of an external sound source through a single jack. Likewise, the single line stereo output would provide that the compact disc recorder 30 can transmit both channels of a stereo signal through a single jack. The back panel 36 may, of course, include still other lines in and out. For example, the back panel 36 may include a standard one-eighth inch mono combination line/microphone input jack. [265][ In fact, the one or more input lines in and out may be provided on the front bezel 44 in addition to, or instead of, the back panel 36. The number of inputs and outputs and locations thereof is not imperative. Furthermore, an amplifier can be provided in the compact disc recorder 30, and speaker output jacks can be provided on the back panel 36. ]

Regardless of the type of lines in and out provided, one having ordinary skill in the art would recognize that a corresponding gain or volume adjustor may be providing associated therewith. Alternatively, it can be provided that the gain of all the available inputs can be controlled by the gain adjustors 60 specifically shown in FIGS. 1 and [266]{2a,}[267][2,] such that a single knob controls the gain for a plurality of inputs. Likewise, it can be provided that the volume of all the available outputs can be controlled by the volume adjustor 72 specifically shown in FIGS. 1 and [268]{2a,}[269][2,] such that a single knob controls the volume for a plurality of outputs. Of course, all adjustors can be provided electronically, such as on the digital graphic display [270]{unit 46 in a "touch screen" graphic user interface format.}[271][device 46. ]

As shown in FIG. [272]{2b,}[273][3,] furthering the versatility of the compact disc recorder 30, the back panel 36 thereof includes an SCSI port 84. The SCSI port 84 provides that the compact disc recorder 30 can communicate with a personal computer (PC) to create or duplicate multi-media CD-ROMs, or backup and restore data onto a PC. To this end,

the SCSI port 84 provides active termination and a thumb-wheel (not shown) is [274][preferably ]provided in association therewith to allow the user to identify the [275]{number }device [276][number ](generally from zero to six) the PC should regard the compact disc recorder 30. To connect to a PC, a SCSI interface cable is connected to both the SCSI port 84 on the compact disc recorder 30 and to a SCSI card on the PC.[277][ To select the SCSI functionality of the compact disc recorder 30, a selector switch can be provided on the front bezel 44 or back panel 36 of the device 30. Alternatively, the compact disc recorder 30 may be configured such that the display device 46 and one of the input keys 52 can be used to select the SCSI function of the device 30. Still further, the compact disc recorder 30 may be configured for automatically sensing that a PC is connected to the SCSI port 84, and automatically responding thereto by entering a SCSI mode. ]

The internal components of the compact disc recorder 30 and connections therebetween will now be described with reference to FIG. [278]{3. }[279][4. ]As shown, two input lines 86 and 88 are connected to a signal conditioning unit 90. The input lines 86 and 88 represent analog signals received from one or more of the inputs mentioned hereinabove, [280]{namely,}[281][such as] from the right and left channels 66 and 68, respectively, of the line-in jack 70, [282][from the balanced inputs 73 and 71, from ]the single line stereo input and/or [283]{the }[284][from a] combination line/microphone input jack. The signal conditioning unit 90 modifies the gain and frequency response of the analog signals carried by the input lines 86 and 88 in order to optimize same for input to an analog-to-digital converter [285]{unit }92, which is connected to the signal conditioning unit 90. The signal conditioning unit 90 is not only connected to the analog-to-digital converter [286]{unit }92, but also to a control bus. A central processing unit 94, such as a microprocessor having software embedded therein, is incorporated on a circuit board along with [287]{soundcard}[288][sound card] (CODEC) structure, [289]{an}[290][a] SCSI interface and all principal input and output connections, and is also connected to the control bus. Preferably, the embedded command structure is based on the standard SCSI operating commands for CD-R devices. The connection of the central processing unit 94 to the control bus provides that the central processing unit 94 can control all the other devices which are connected to the control bus, such as the signal conditioning unit 90. The signal conditioning unit 90 modifies the gain and frequency response of the analog signals carried by the input lines 86 and 88 under control of the central processing unit 94 over the control bus.

As shown, in addition to being connected to the signal conditioning unit 90, the analog-to-digital converter [291]{unit }92 is also connected to the control bus. The analog-to-digital converter[292]{ unit} 92 samples each of the analog input signals received from the signal conditioning unit 90, and converts the analog signals to digital data, or a digital word. The analog-to-digital converter[293]{ unit} 92 performs this function under control of the central processing unit 94 over the control bus.

Also connected to the control bus is a disc storage controller 96, and the disc storage controller 96 is also connected to a disc subsystem bus to which is connected the compact disc recordable drive 58 and [294][possibly ]a secondary compact disc recordable drive 108, if provided. The secondary disc recordable drive 108 may be identical to the

compact disc recordable drive 58, or may comprise a means to store and/or read digital information on or from a magnetic or optical disc.[295][-Should-][296][ For example, the secondary disc recordable drive may comprise a DVD recorder. In fact, the compact disc recordable drive 58 may comprise a DVD recorder, and a secondary recordable drive need not even be provided. However, should] there be included a secondary disc recordable drive 108 which is identical to the compact disc recordable drive 58, the front bezel 44 may include a second [297]{CD}[298][compact disc] tray, and a second [299]{CD}[300][compact disc] tray eject/retract button associated therewith, or may provide that the single [301]{CD}[302][compact disc] tray 54 can provide a compact disc to both of the compact disc recordable drives 58 and 108.  The disc storage controller 96 essentially amounts to an interface between the data storage or retrieval requests from the central processing unit 94 and the disc subsystem bus.   To facilitate the control and programming of the central processing unit 94 itself, [303]{a switch}[304][an] input [305][key]unit [306]{98}[307][98,] essentially comprising the [308][two sets 48 and 52 of ]previously-described user interactive switches on the front bezel 44 of the compact disc recorder [309]{30}[310][30,] is connected to the control bus.   The digital graphic display [311]{unit}[312][device] 46 located on the front bezel 44 of the compact disc recorder 30 is also connected to the control bus; therefore, the central processing unit 94 can control and drive the digital graphic display [313]{unit}[314][device] 46.

Also connected to the control bus is a digital-to-analog converter 100.  Therefore, the central processing unit 94 can control the operation thereof over the control bus. Specifically, the digital-to-analog converter 100 converts digital input received from a data bus under control of the central processing unit 94.  As shown, connected to the digital-to-analog converter 100 are two output lines 102 and 104 for communicating the produced analog signals to any of the outputs already mentioned, namely, the right and left channels 80 and 82, respectively, of the line-out jack 78, the single line stereo output, [315]{and/or }the headphone jack [316]{76. }[317][76, any balanced outputs provided, or any other inputs provided on the device 30. ]Should the function selector switch (or other means of setting the function of the compact disc recorder 30, if not automatically detected by the compact disc recorder 30) be set to select the SCSI device function of the compact disc recorder 30, a digital signal output would bypass the digital-to-analog converter 100 and proceed directly to the SCSI port 84 and then to a connected PC.

As shown, the analog-to-digital convertor [318]{unit }92 is also connected to a data bus. Additionally, the SCSI port 84 is connected to the data bus along with the central processing unit 94.  This provides that the digital signal input received through the SCSI port 84 can proceed to the central processing unit 94 without having to travel through the analog-to-digital converter 92.  In this case, the function selector switch (or other means of setting the function of the compact disc recorder 30, if not automatically detected by the compact disc recorder 30), if provided, would be set to select the SCSI function of the compact disc recorder 30.  Also connected to the data bus is [319]{a memory unit}[320][one or more data storage structures] 106, the [321]{switch }input[322][ key] unit 98, the digital-to-analog converter 100 and the digital graphic display [323]{unit}[324][device] 46.  The [325]{memory unit}[326][one or more data storage structures] 106 may comprise essentially any type of data storage structure for storing and retrieving digital information from randomly addressable memory locations using solid

state read only and/or read and write types of memory. Specifically, the [327]{memory unit}[328][one or more data storage structures] 106 may[329][ each] comprise an IDE hard drive having a capacity of 2.1 [330][or more ]gigabytes. As shown, the central processing unit 94 and [331]{memory unit}[332][one or more data storage structures] 106 are interconnected via an address bus.

Embedded in [333]{the memory unit}[334][at least one of the data storage structures] 106, and[335][ preferably] supplied on a separate back-up CD-ROM, is operating software which includes DOS and command/control code, thus providing means for causing and directing the various components of the compact disc recorder 30 to perform specified functions, including re-boot, diagnostic and installation procedures.[336]{ The }[337][ Preferably, the] code on the CD-ROM is licensed to the specific end user and is keyed to the serial number of the specific compact disc recorder 30 with which it is shipped. In the event that the portion of the code provided embedded in the [338]{memory unit}[339][data storage structure] 106 becomes accidentally damaged, the user can insert the back-up CD-ROM into the [340]{CD}[341][compact disc] tray 54 of the compact disc recordable drive 58 prior to providing power to the compact disc recorder 30. When power is provided thereto, this will result in the re-formatting of the [342]{memory unit}[343][data storage structure] 106,[344]{ or hard drive,} and re-installation of the operating system and command structure. Thus, except in the case of complete [345]{memory unit}[346][data storage structure] 106 failure, or other component failure (which would preferably be detected by the central processing unit 94 using the code on the back-up CD-ROM, thus displaying an appropriate error message on the digital graphic display unit 46), [347][preferably ]no other diagnostic or system-related maintenance is necessary.

[348]{FIG. 4 is a simplified block diagram showing the general system architecture of the compact disc recorder 30. It should be noted that should the digital graphic display unit 48 be provided as a "touch screen", the arrow between the central processing unit 94 and the digital graphic display unit 46 would be bi-directional with an arrow at both ends to show bi-directional communication therebetween. Except for the EEPROM 110, the RAM 112 and the BIOS 114, the remainder of the parts shown in FIG. 4 have been described in detail hereinabove. The EEPROM 110 can be "burned" with start-up commands which quickly direct the central processing unit 94 to perform certain functions upon initial application of power to the compact disc recorder 30. The RAM 112 shown in FIG. 4, of course, is provided to enable the central processing unit 94 to temporarily store certain information during operation of the compact disc recorder 30. The BIOS 114 is provided to facilitate the communication of the central processing unit 94 to the other}

[349][FIGS. 5a, 5b and 6 are detailed views of the internal] components of the compact disc recorder 30.[350][ Specifically, FIG. 5a illustrates digital components and FIG. 5b illustrates analog components of the compact disc recorder 30 in a simplified form. FIGS. 5a and FIGS. 5b essentially form a single block diagram, with FIG. 5a being the left half, and FIG. 5b being the right half. FIG. 6 illustrates analog components of the compact disc recorder 30 in more detail than does FIG. 5b. ]

351[As shown in FIG. 5a, the basic system will use a PC compatible board or chip (system on a chip, such as the STPC presently available from ST Micro electronics) running the compact disc recorder 30 software as an embedded system, to provide overall control of the assorted circuit elements. Such a system will be referred to hereinafter as a PCSystem [PCS]. The PCS will communicate with the rest of the system by means of a Main BUS (a bus meaning a grouping of conductors which is routed to the same parts of a circuit, such as an ISA or PCI type), each containing a Data, an Address and a Control sub-bus. The Main Bus, an ISA BUS in this case, is primarily controlled by the PCS and will connect the PCS to the DSP (such as a ADSP2111 DSP presently available from Analog Devices), Main Memory Ram [RAM], Boot Block Eeram, Real Time Clock & Configuration [RTC], Voice Processing & Storage [VPS], Latch System [LATCH], SCSI adapter [SCSI] and Memory Mapped Buffer System [BUFFER, including Memory Mapped Buffers 1 and 2 as illustrated in FIG. 5a]. There is a secondary bus referred to as the DSP BUS, which is primarily controlled by the DSP and connects the DSP to the BUFFER through bank switches SW1, SW2, and SW3, to the ANALOG BOARD through Digital OptoCouplers, and to the LATCH, and to the I/O PROCESSOR [IOP]. A third BUS, called the Serial Interface Bus [SPI] only connects to the ANALOG BOARD (shown in FIG. 5b), through Digital OptoCouplers, and passes data back and forth from the DSP and the CODEC (on the Isolated Analog Board). The SPI also controls the DIGITALLY CONTROLLED GAIN UNITS [DCGU 1 and DCGU 2] (see FIG. 5b) and provides for connection to an External Digital Interface (which may be utilized in a Professional Unit). A fourth BUS, called the IDE BUS connects the HARD DISK SYSTEM [HD] to the PCS. A fifth BUS called the SCSI BUS connects the SCSI ADAPTER to the compact disc recordable drive ]352 58.

353[With application of Mains Power to the Main Power Supply [PS], the PS will first supply power and then a power good signal to the PCS. The PCS will initialize under Bios control, perform power on tests, and then load the compact disc recorder 30 imbedded Operating System [AADOS] from the EERAM. The application of Power will cause the data storage structure 106 (HD in FIG. 5a) and compact disc recordable drive 58 to initialize. The AADOS will then initialize LATCH, IOP, RTC and VPS. The AADOS will then initialize the DSP and then load the DSP operating system [DSP CODE] into the DSP through the DSP Host Interface Port [HIP]. The DSP will then establish communications with the CODEC and DCGU'S. The AADOS will initialize the LCD and display the start screen and begin normal operation in a ready mode, waiting for User input. ]

354[The EERAM which boots the AADOS can be reconfigured and rewritten under control of the PCS, thereby allowing for the complete operating system to be upgraded at will. ]

355[The BUFFER comprises BUFFER1 and BUFFER2, bus switches SW1, SW2 and SW3, and an ADDRESS DECODER. These units comprise a method to map one half of the total BUFFER, BUFFER1 for instance, into the memory address space of the PCS while, at the same time mapping the other buffer, BUFFER2, into the memory address space of the DSP. ]

[356][In the record mode, the CODEC (such as a Crystal CS4222) converts the Audio Input Signals into Digital Data and passes the data through the SPI to the DSP, which store the data (after first perhaps processing it in some way) to BUFFER2, in this instance, until the buffer is full. While BUFFER2 was filling, the PCS was storing the data which was previously placed in BUFFER1 to the HARD DISK SYSTEM and/or the SCSI subsystem. After BUFFER2 has been filled the DSP switches the bus switches, SW1, SW2, and SW3, which now maps BUFFER2 into the memory address space of the PCS and maps BUFFER1 into the memory address space of the DSP. The DSP then begins to fill BUFFER1 with data from the CODEC and the cycle continues. In playback mode the flow of data is reversed and originates as Digital Data from the HARD DISK SYSTEM or the SCSI storage system, follows the same path in reverse, and is output from the CODEC as Audio (or additionally as a digitally coded audio signal, typically a SPDIF signal). ]

[357][While in Record, Playback or Stop mode, the VPS can be activated and a voice message [SLATE] can be input through the microphone to the VPS, digitized, and stored as a voice bandwidth (typically 11.025 k) file which is linked to the current track. ]

[358][The RTC will store the correct time, date and configuration while the compact disc recorder 30 is off, and will have the capability to start and stop recording while unattended. ]

[359]{Shown in FIG. 5 is simple flow chart generally illustrating the start-up commands which can be performed by}[360][Operation of the compact disc recorder 30 will now be described. Upon powering the device 30,] the central processing unit [361]{94. The start-up commands will now be described, and one is directed to look at FIGS. 1, 2a, 2b, 3 and 4 to facilitate an understanding of the description. As shown, }[362][94 first initializes the digital graphic display unit 46 (]unless there is a fatal system error[363]{, the central processing unit 94 first initializes the digital graphic display unit 46}[364][)] and all the user-interactive buttons and knobs such as the push-buttons [365]{50,}[366][48,] the soft-key keyboard set 52, and the gain and volume adjustors, 60 and 72. After this initialization, the central processing unit 94 tests the RAM [367]{112. }[368][(see FIG. 5). ]Should a problem with the RAM [369]{112 }be detected, an appropriate error message would [370][preferably ]be displayed on the digital graphic display unit 46 on the front bezel 44 of the compact disc recorder 30. Should no problem be detected, the central processing unit 94 proceeds to test the [371]{hard drive, or the memory unit}[372][one or more data storage structures] 106, to determine whether the operating system code embedded therein is intact. If the operating system code is completely intact, the code is loaded into the RAM[373]{ 112} and a specified start-up application is loaded and run. Should the operating system code [374]{is }not[375][ be] completely intact, the central processing unit 94 checks the compact disc recordable drive 58 to determine whether the back-up CD-ROM, a [376]{"}Boot CD[377]{"}, is inserted in the [378]{CD}[379][compact disc] tray 54. If not, the central processing unit 94[380][ preferably] displays an appropriate error message on the digital graphic display unit 46 and awaits for the insertion of [381]{the }[382][a] Boot CD into the [383]{CD}[384][compact disc] tray 54. When the Boot CD is detected, the central processing unit 94 restores the [385]{hard drive, or memory unit}[386][data storage structure] 106, and performs a [387]{"}cold boot.[388]{"}

- 16 -

[389]{A simple flow chart illustrating the start-up application of the compact disc recorder 30 is shown in FIG. 6.  As shown, when the start-up application is to run}[390][Then], the central processing unit 94[391]{ displays an appropriate message on the compact disc recorder 30, and} initializes all the hardware of the compact disc recorder [392][30](see specifically [393]{FIG. 3). }[394][FIGS. 4, 5a and 5b).] Then, the central processing unit 94 determines whether the compact disc recorder 30 is to be used as an external SCSI device for a PC.  To this end, the central processing unit 94 may check to determine whether an interface cable is connected to the SCSI port 84 on the back panel 36 of the compact disc recorder 30, or may check to determine the setting of a function selector switch provided on the front bezel [395]{44. }[396][44 or back panel 36. ]Of course, as mentioned, other means may be provided to direct the functioning of the compact disc recorder 30 between being a SCSI device and being, for example, a compact disc recorder/player for a common stereo system.[397]{ As shown in FIG. 6, if}[398][ If] the central processing unit 94 determines that the compact disc recorder 94 is to be used as an external SCSI device, the compact disc recorder 30 enters a [399]{a}SCSI mode[400]{a}, and if the central processing unit 94 determines that the compact disc recorder 94 is to be used otherwise, the central processing unit 94 [401][preferably ]updates the display on the digital graphic display unit 46 and enters an idle mode waiting for user interaction.

[402]{The general operation of}[403][When] the compact disc recorder 30 [404]{and the internal components will now be described.  The}[405][receives analog ][406]input signals received by any of the analog inputs of the compact disc recorder, [407][the] signal conditioning unit 90, under control of the central processing unit 94, modifies the gain and frequency response of the analog [408]input signals received by any of the analog inputs of the compact disc recorder, [409]{such as the line-in jack 70 on the back panel 36 of the compact disc recorder 30,}[410][signals] in order to optimize the analog input signals for input to the analog-to-digital convertor [411]{unit }92.  The analog-to-digital convertor[412]{ unit} 92 samples each of the analog input signals received from the signal conditioning unit 90, and converts the analog input signals to digital data, or a digital word.  The analog-to-digital convertor[413]{ unit} 92, under control of the central processing unit 94, then places the digital data, or digital word, on the data bus [414]{102 }at the proper time.  Thereafter, the central processing unit 94 can cause the digital data to be saved in the [415]{memory unit}[416][data storage structure] 106 as one or more digital files, such as digital audio wavetable (.wav) [417][or raw (raw) ]files, in the order in which they were received.  Preferably, a DOS system embedded in the central processing unit 94 together with the embedded command software enable the user to focus on selection and ordering of audio material[418][ (to be described later herein)], rather than on the technical aspects of typical pre-mastering and mastering software.  Preferably, the only settings the user must make are overall recording level and balance, and even these functions can be programmed such that these are set automatically by the central processing unit 94.  Other functions which may be automatically performed by the central processing unit 94 include trimming the lead and/or tail from a take, fading in or out a take, [419]{a}slating[420]{a} a take, setting the equalizing levels for a recording session or even for particular sound tracks within a session, supporting multiple sessions stored in the [421]{memory unit}[422][data storage device] 106,[423]{ or hard drive,} and permitting the composing of a session from a library of takes.[424][ Many of these functions as well as

others will be described more fully later herein in connection with the digital display 46 and set 52 of push-buttons. ]

After digital data has been saved in the [425]{memory unit}[426][data storage structure] 106 as one or more digital files, the digital files can be [427]{"}auditioned[428]{"}, or reviewed, before being saved onto a compact disc, such as a CD-R or CD-RW, which has been inserted in the [429]{CD}[430][compact disc] tray 54 of the compact disc recordable drive 58 and/or [431]{the}[432][a secondary optical storage device 108 such as a] secondary compact disc recordable drive [433]{108. }[434][or a DVD recorder. ]To facilitate the auditioning of the digital files and the discrete ordering thereof prior to recording on a compact disc, each sound track, or digital file, is maintained as a separate file. Alternatively, the one or more digital files can be saved onto a compact disc without first [435]{"}auditioning[436]{"} same. To [437]{"}audition[438]{"} one or more digital files, a user would interact with specific controls on the front bezel 44 of the compact disc recorder 30, such as the [439]{second }set [440][48 or ]52 of push-buttons or [441][directly with ]the digital graphic display unit 46 if [442][a touch screen is ]provided[443]{ as a "touch screen", as described previously herein. The}[444][. Alternatively, a microphone 75 may be provided on the front bezel 44 and the device operated by voice. ]

[445][As mentioned, preferably the] pressing [446][any ]of the push-buttons[447][ on the front bezel 44] essentially amounts to interaction with the [448]{switch }input [449][key ]unit 98 [450]{shown in FIG. 3. The switch input unit 98 provides a means to interface switch and/or touchpad activation to enable"}[451][identified in FIG. 4. The input key unit 98 enables] user interaction with the program control of the compact disc recorder 30. Should the user program or direct the compact disc recorder 30 to [452]{"}audition[453]{"} one or more digital files, the central processing unit 94 would cause the one or more digital files to be forwarded to the digital-to-analog converter 100 over the data bus. The digital-to-analog converter 100 converts this digital data received over the data bus to analog signals, processes the signals to reduce or eliminate any effects from a digital clock supplied by the central processing unit 94, and distributes the analog signals as the two output lines 102 and 104, all under control of the central processing unit 94. Thereafter, as mentioned, the two output lines 102 and 104 can emit the analog signals from any or all of the outputs [454][76, 78 ]of the compact disc recorder 30 which have already been described. All conversions of the analog [455]{sounds}[456][signals] to and from digital data are performed in a [457]{"}hard-wired[458]{"} environment. This virtually eliminates the possibility that one or more files will be corrupted during the conversions.[459]{ During "}[460][ As will be described, during ]auditioning[461]{"}, a user can, for example, play the take or delete the take as well as assemble the take into one or more sessions.[462]{ A simplified state diagram illustrating the reviewing of stored sound tracks is generally shown in FIG. 7 and is self-explanatory upon reviewing same.}

Either before or after auditioning the digital data and possibly after rearranging the order of the individual digital files, the user may direct or program the compact disc recorder 30 to record, or [463]{"}burn,[464]{"} an image of [465]{the }[466][sound tracks (]digital data[467][)] stored in the [468]{memory unit}[469][data storage structure] 106 onto [470]{the}[471][a] compact disc.[472]{ To }[473][ As will be described more fully later herein, to] do so, the user would again interact with specific controls on the front bezel 44 of the compact disc

recorder 30, such as the second set 52 of push-buttons[474]{, as described previously herein. }[475][.] Should the user program or direct the compact disc recorder 30 to [476]{record}[477][write] one or more digital files onto the compact disc, the central processing unit 94 would cause the one or more digital files in the [478]{memory unit}[479][data storage structure] 106 to forward to the disc storage controller 96. As mentioned, the disc storage controller 96 amounts to an interface between the data storage or retrieval requests from the central processing unit 94 and the disc subsystem bus. As a result, the central processing unit 94 can direct the recording of the one or more digital files onto the compact disc by the compact disc recordable drive 58 (and/or the secondary compact disc recordable [480]{drive 108). During recording, the digital graphic display unit 46 displays the recording level. A simplified state diagram illustrating the recording (and test recording) of saved sound tracks onto a compact disc is generally shown in FIGS. 8-10, and these FIGURES are self-explanatory upon reviewing same. FIG. 11 shows a simplified state diagram illustrating the general functioning of a utility menu, should one be provided through the digital graphic display unit 46, and this FIGURE is also self-explanatory.}[481][or DVD drive 108). ]

After [482]{making a recording onto}[483][writing to] a compact disc, the recording can be played back by the compact disc recordable drive [484]{58. }[485][ During playback, }[486][58 or any standard compact disc player. During play back using the compact disc recorder 30,] the digital graphic display unit 48 [487]{displays the volume of the playback, and }may display [488]{other}[489][certain] information relating to the [490]{playback, such as equalization of the played back signal. }[491][play back.] To [492]{playback}[493][play back] the recording (or to play any other compact disc), the user merely presses [494][employs the set 52 of push-buttons to direct the compact disc recorder 30 to enter a play compact disc mode and then presses ]the push-button [495]{50}[496][47] corresponding to "play" when the compact disc is inserted into the [497]{CD tray 54. As the digital signals reach the digital-to-analog converter 100, the digital-to-analog converter 100 converts the digital signals to}[498][compact disc tray 54. This will be described more fully later herein. During play back, the compact disc recordable drive 58 coverts the digital data on-board and outputs the] analog signals for output from any of the outputs[499][ of the compact disc recorder 30] mentioned above, for example, from the line-out jack 78 and/or from the headphone jack 76.[500][ Additionally, the compact disc recorder 30 may be configured such that the compact disc recordable drive 58 can output signals for direct recording onto the data storage structure 106, thereby obviating the need to connect a signal source such as a compact disc player to any of the inputs of the compact disc recorder 30. ]

In the manner described above, the compact disc recorder 30 is primarily designed to provide that analog audio signals can be archived in [501]{the memory unit}[502][a data storage structure] l06, and later recalled to be recorded, or [503]{";"}burned[504]{";"}, onto a compact disc. The compact disc recorder 30 also provides that a user can review[505]{ the} archived [506]{analog audio signals}[507][sound tracks] by accessing the [508]{memory unit}[509][data storage structure] 106 through software embedded within the central processing unit 94. This auditioning feature can be conducted on both a track-by-track basis and [510]{a disc-as-a-whole}[511][on an entire session] basis. The benefit of being able to audition or review audio tracks before recording same onto a compact disc is that the

recording quality, gain level and desired order of the sound tracks can be determined to be correct beforehand. Therefore, an ideal recording [512][onto a compact disc ]can be achieved on the first try.

The compact discs produced by the compact disc recorder 30 are fully compatible with any present-day compact disc player. However, the compact disc recorder 30 can also be used to [513]{playback}[514][play back] the compact disc after it is recorded thereon by the compact disc recordable drive 58 ([515]{and/}or[516][ if] the [517]{secondary compact disc recordable drive 108). }[518][drive 58 is provided as being some other type of optical storage drive, preferably the optical storage medium recorded thereon can be played in that type of standard optical storage player).] To this end, the compact disc recordable drive 56 (or [519]{the}[520][a] secondary compact disc recordable drive 108) itself can [521]{playback}[522][play back] the compact disc. In addition, the compact disc recordable drive 56 can play standard commercially-produced audio compact disc (typically recorded in CD-DA audio format).[523]{ To}[524][ As will be described more fully later herein, to] have the compact disc recorder 30 play a compact disc, the user would again interact with specific controls on the front bezel 44 of the compact disc recorder 30, such as the first set 48 of push-buttons, as described previously herein. Should the user program or direct the compact disc recorder 30 to play a compact disc, [525]{the central processing unit 94 would cause digital data on the compact disc to forward to the disc storage controller 96. The central processing unit 94 causes the digital data to be forwarded from the disc storage controller 96, to the digital-to-analog converter 100, over the data bus. The digital-to-analog converter 100 converts this digital data received over the data bus to analog signals, processes the signals to reduce or eliminate any effects from a digital clock supplied by the central processing unit 94, and distributes the analog signals to the two output lines 102 and 104, all under control of the central processing unit 94. As mentioned, the two output lines 102 and 104 essentially represent outputs to any or all of the outputs of the compact disc recorder 30 which have already been described, such as}[526][analog signals would travel from the compact disc recordable drive 58 to outputs which are provided on the compact disc recorder 30, such as out] the line-out jack 78 on the back panel 36 or the headphone jack 76 on the front bezel 44.

As mentioned, the back panel 36 of the compact disc recorder 30 includes a SCSI port [527]{86. }[528][84. ]The SCSI port [529]{86}[530][84] provides that the compact disc recorder 30 can be used as a fully functional CD-R external drive for a multi-media personal computer (PC) system. To this end, a SCSI interface cable can be attached to the SCSI port [531]{86}[532][84] on the compact disc recorder 30 and to an SCSI card on the PC. This connection and the functionality of the compact disc recorder 30 enables a user to create backup copies of existing multi-media CD-ROMs, or programs or data stored on a hard drive. In addition, the user can compose and duplicate multi-media presentations using CD-R recordable diskettes.

[533]{The}[534][Preferably, the] compact disc recorder 30 [535]{in accordance with the present invention provides a recording device for recording onto a compact disc which is as}[536][provides many enhanced features and functions, some of which have been mentioned hereinabove. Also, preferably the compact disc recorder 30 is] easy to use[537][,

Some of these enhanced features (some of which have been already discussed hereinabove) and preferred screen displays of the display device 46 will now be described. ]

538[Some of the display device 46 outputs to be described contain song names, etc. which are presently commercially available and presumably protected by appropriate copyright laws. Of course, it is assumed that the user would have pre-acquired the legal right to do the acts to be described, or that the acts to be described are otherwise legal (e.g., fair use). ]

539[When the compact disc recorder 30 is initially turned on, the digital display 46 may, after a short time (after the central processing unit 94 initializes the internal components of the device 30, as already described), appear as shown in FIG. 1 displaying a start-up screen which may include a trademark. ]

540[Then, after another short time period, the digital display 46 may appear as illustrated in FIGS. 2 and 7. FIGS. 7-23 are cut-aways of the front bezel 44, including the set 52 of push-buttons 53, 55, 57, 59, 61, 63 adjacent the display device 46. When describing each of these displays, like reference numerals will be used to identify like items and, at times, detailed discussion thereof will be omitted. ]

541[Attention is specifically directed to FIG. 7. As shown, the display device 46 may initially display session name indicia 200, song name indicia 202, time indicia 208 which indicates the length of the song in terms of time, peak level indicator indicia 210, track number indicia 214 which indicates the position of that particular song within the session, status indicia 206 which indicates what the compact disc recorder 30 is doing, session time remaining indicia 204, display indicia 218 which indicates what it is that a center display 216 is indicating, and selection menu 212 which indicates functions a user can access by pressing a corresponding push-button 53, 55, 57, 59, 61, 63 from the set 52 of push-buttons adjacent the display device 46 on the front bezel 44. ]

542[Essentially, the screen display shown in FIG. 7 is indicating that the session is called "Metallica", the song track entitled "Fade to Black" is the first song in the session, the total track time is being displayed and the song is 6:56 long, there is about 20% remaining in the session (the entire session will fit on a compact disc and some more sound tracks can still be added), the compact disc recorder 30 is in a stop mode, the inputs to the compact disc recorder 30 are low (-45 right channel and -45 left channel), and the user may use the corresponding push-button 53, 55, 57, 59, 61, 63 to select one of the following functions: utility, time, play a compact disc, make a compact disc, session and peak. ]

543[Specifically, pressing push-button 55 (time function) will change the center display to indicate, for example, the time elapsed in the song during play back from the data storage structure, the amount of time used in the session, the amount of time remaining in the session, etc. depending on how many times the push-button 55 is pressed. As the center display changes, the display indicia 218 changes to indicate what it is that the center display 216 is indicating. ]

544[Pressing push-button 57 causes the compact disc recorder 30 to enter a play CD mode wherein a compact disc placed in the compact disc tray 54 can be played back using the compact disc recordable drive 58. During play CD mode, the set 48 of push-buttons on the front bezel 44 may be operated much like the controls of a standard compact disc player. When the compact disc recorder 30 enters this mode, the display device 46 may appear as shown in FIG. 23 indicating that track one of the compact disc received is 00:00 long (essentially indicating that no compact disc has been inserted in the compact disc tray 54). At this time, the selection menu 272 includes two options: time and exit. Pressing the push-button 55 (corresponding to the time option) causes the center display 216 to indicate, for example, the time elapsed in the song, the amount of time remaining in the song, the amount of time elapsed on the disc and the amount of time remaining on the disc, etc. depending on how many times the push-button 55 is pressed. As the center display changes, the display indicia 218 changes to indicate what it is that the center display 216 is indicating. Pressing push-button 63 (corresponding to the exit option) causes the compact disc recorder 30 to exit the play back mode and revert back to the display illustrated in FIG. 7. ]

545[When the display device 46 appears as illustrated in FIG. 7, pressing push-button 59 causes the compact disc recorder 30 to enter a write compact disc mode at which time the display device 46 may prompt (such as by pressing push-button 47) the user to confirm that a compact disc is to be made. After the user confirms as such, the compact disc recorder 30, and specifically the compact disc recordable drive 58 component thereof, begins writing the session to a compact disc inserted in the tray 54. As will be described, a session will typically be a group of sound tracks which have been previously assigned to that particular session. ]

546[To view the contents of a particular session, one presses the push-button 61 when the display device 46 appears as illustrated in FIG. 7, at which time the display changes to that which is shown in FIG. 8. The display includes session title indicia 220, data storage structure free space indicia 222, session remaining time indicia 224, a session song list 228 which is list of all the sound tracks assigned to that particular session, a cursor 226 which can be maneuvered among the session song list 228, and a selection menu 230 which indicates the functions a user can access by pressing a corresponding push-button 53, 55, 57, 59, 61, 63 from the set 52 of push-buttons adjacent the display device 46 on the front panel: view, up, down, play, exit, more. ]

547[Essentially, the screen display depicted in FIG. 8 is indicating that the session is called "Metallica", the session includes at least sound tracks which have been entitled (by the user) "Fade to Black", "King Nothing", "Sad But True" and "Fuel". ]

548[Pressing push-button 55 causes the cursor 226 to move up the session song list 228, and pressing push-button 57 causes the cursor 226 to move down the session song list 228 thereby possibly causing the session song list 228 to scroll down and display sound tracks beyond the first four. Pressing and holding down push-button 59 causes the compact disc recorder 30 to begin playing the track highlighted by the cursor 226 until the push-button 59 is released (used primarily only to identify which sound track is

highlighted--to truly listen to tracks with a session, a user would press push-button 61 and revert back to the screen display shown on FIG. 7, then the user would interact with the other set 48 of push-buttons much like operating a standard compact disc player). Pressing push-button 61 causes the screen display to revert back to that which is shown in FIG. 7. Pressing push-button 63 when the screen display is as shown in FIG. 8 causes the screen display to appear as shown in FIG. 19. As shown, the only difference between the two displays (FIG. 8 and FIG. 19) is that the selection menu (266 in FIG. 19) has changed to indicate that the following functions are accessible: back, move up, move down, delete. Pressing push-button 53 causes the screen display to revert back to the display shown in FIG. 8. In contrast, pressing push-button 55 causes the highlighted sound track in the session song list 228 to move up within the list (as shown "King Nothing" would be moved ahead of "Fade to Black" to occupy the first spot in the list), and pressing push-button 57 causes the highlighted sound track in the session song list 228 to move down within the list (as shown "King Nothing" would be moved behind "Sad But True" to occupy the third spot in the list). Pressing push-button 59 causes the highlighted sound track in the session song list 228 to be deleted from that particular session. However, this does not cause the sound track to be deleted from the data storage device on which the sound track has been stored, and the sound track will still remain contained in the master song list which is accessed by pressing push-button 53 while the display is as shown in FIG. 8, after which the display device 46 appears as shown in FIG. 9. ]

549[The display shown in FIG. 9 includes data storage structure indicia 232 which indicates in which data storage structure (e.g. part 106) the list of sound tracks is stored, a master sound track list 234 which lists all the sound tracks stored in the data storage structure indicated by the data storage structure indicia 232, and selection menu 236 which indicates that a user can access the following functions by pressing a corresponding push-button 53, 55, 57, 59, 61, 63 from the set 52 of push-buttons on the front bezel 44: view, up, down, add, exit, more. ]

550[Essentially, the screen display shown in FIG. 9 is indicating that the data storage structure indicated by the data storage structure indicia 232 includes at least sound tracks which have been entitled (by the user) "Breadfan", "Fade to Black", "Fuel" and "Harvester" and that each of the sound tracks are used within at least one session (as indicated by the x's). ]

551[Pressing push-button 55 causes the cursor 226 to move up the master sound track list 234, and pressing push-button 57 causes the cursor 226 to move down the master sound track list 234 thereby possibly causing the master sound track list 234 to scroll down and display sound tracks beyond the first four. Pressing push-button 59 causes the sound track highlighted by the cursor 226 to be added to the session which has been selected (session selection will be described in connection with FIG. 10). Pressing push-button 61 causes the display to revert back to that which is shown in FIG. 7. Pressing push-button 63 causes the screen display to appear as shown in FIG. 16. As shown, the only difference between the two displays (FIG. 9 and FIG. 16) is that the selection menu (258 in FIG. 16) has changed to indicate the following functions are accessible: back, name, delete, play, delete all, more. Pressing push-button 53 causes the screen display

to revert back to the display shown in FIG. 9. Pressing push-button 55 allows the user to name (or re-name) the highlighted sound track. Pressing push-button 57 causes the sound track highlighted by the cursor 226 to be deleted from the data storage structure indicated by the data storage structure indicia 232. Pressing and holding down push-button 59 causes the compact disc recorder 30 to begin playing the track highlighted by the cursor 226 until the push-button 59 is released (used primarily only to identify which sound track is highlighted--to truly listen to tracks with a session, a user would press push-button 61 when the screen appears as shown in FIG. 9 to cause the screen to appear as shown in FIG. 7, then the user would interact with the other set 48 of push-buttons much like operating a standard compact disc player). Pressing push-button 61 when the screen appears as shown in FIG. 16 causes any sound tracks which are not assigned to a session (indicated as not having an "x" in the used column) to be erased or otherwise made unavailable. Preferably, pressing push-button 57 or 61 causes the compact disc recorder to prompt the user for a confirmation (such as by having the user press push-button 47) that a deletion is actually desired. Additionally, the user may be prompted for a password before the one or more sound tracks are deleted. Upon deleting a sound track, the sound track would no longer appear in the master list 234. Pressing push-button 63 causes the screen display to appear as shown in FIG. 18. As shown, the only difference between the two displays (FIG. 16 and FIG. 18) is that the selection menu (264 in FIG. 18) has changed to indicate that the following selections are possible: back, copy, move. Pressing push-button 55 allows the user to copy the highlighted sound track to another data storage structure, and pressing push-button 57 allows a user to move the highlighted sound track to another data storage structure. Pressing push-button 53 causes the screen display to revert back to that which is shown in FIG. 16. ]

552[As mentioned, pressing push-button 55 when the display is as shown in FIG. 16 allows a user to name (or re-name) the sound track which is highlighted by the cursor 226. After the push-button 55 is pressed, the display device 46 may appear as shown in FIG. 17 where a naming box 260 appears substantially at the center of the display. Pressing push-button 53 causes the cursor in the song title to move to the left, pressing push-button 55 causes the cursor in the song title to move to the right, pressing push-button 57 causes the letter highlighted by the cursor to move down (i.e. from "b" to "a") and pressing push-button 59 causes the letter highlighted by the cursor to move up (i.e. from "b" to "c"). Then, pressing push-button 61 causes the display to revert back to FIG. 16 after saving the sound track title just entered using push-buttons 53, 55, 57 and 59, and pressing push-button 63 causes the display to revert back to FIG. 16 without saving the sound track title just entered using push-buttons 53, 55, 57 and 59 (i.e. the former title is retained). Of course, instead of providing this means to enter a song title, a four-way or other type of menu may be provided for selecting letters and other characters. Alternatively, as mentioned, a microphone 75 (or a microphone jack for receiving a microphone) may be provided on the compact disc recorder 30 thereby allowing the user to input song names by voice. This is depicted in FIGS. 1, 2 and 5a. In fact, the compact disc recorder 30 can be configured such that a user can also maneuver through the several menus using one's voice. ]

[553][After the display has reverted back to that which is shown in FIG. 16, push-button 53 can be pressed to have the display revert back to that which is shown in FIG. 9. If push-button 53 is then pressed (the "view" function), the display appears as shown in FIG. 10 where the display contains a session list 240. Selection menu 242 indicates that pressing push-button 55 causes the cursor 226 to move up within the list of sessions, and pressing push-button 57 causes the cursor 226 to move down within the list of sessions. Pressing push-button 59 results in the session highlighted by the cursor 226 being selected. As a result, any sound tracks recorded into the compact disc recorder 30 (recording will be described more fully later herein) will be assigned to the end of that particular session. Pressing push-button 61 causes the display to revert back to that which is shown in FIG. 7 at which time recording a sound track into that session can be performed. Pressing push-button 63 when the display is as shown in FIG. 10 causes the display to appear as shown in FIG. 20 at which time the selection menu 266 indicates that pressing push-button 57 provides that the session highlighted by the cursor 226 becomes deleted (the sound tracks contained therein would still remain in the master sound track list 234 depicted in FIGS. 9 and 16-18), pressing push-button 59 allows the user to name (or re-name) the session highlighted by the cursor 226 in much the same manner as a song is named (or re-named) (see FIG. 17 and the description hereinabove associated therewith), pressing push-button 55 provides that a new session is added to the session list (the new session may first be given a generic name by the compact disc recorder 30 such as "session33", but the session can be re-named as mentioned above) and pressing push-button 53 when the display is as shown in FIG. 20 provides that the display reverts back to that which is shown in FIG. 10. ]

[554][Pressing push-button 53 at such time provides that the display appears as shown in FIG. 11, where a data storage structure list 246 is displayed and a selection menu 248 indicates that pressing push-button 55 causes the cursor to move up within the list 246, pressing push-button 57 causes the cursor to move down within the list 246, pressing push-button 59 causes the highlighted data storage structure to be selected, pressing push-button 61 causes the display to revert back to that which is shown in FIG. 7, and pressing push-button 53 causes the display to again display a session song list 228 as shown in FIG. 8. ]

[555][When the display is as shown in FIG. 7, a sound track may be recorded into the selected data storage structure (i.e. 106), as described above in connection with FIG. 11. To begin recording, a user merely presses key 50 (the "record" key) on the front bezel 44. This causes the display to appear as shown in FIG. 21. At such a time, the compact disc recorder 30 is not initially recording any sounds received through the analog line in jack 70 (or any of the other inputs provided on the device 30), but is "listening" to the sounds. Thus, a user may start sending sounds into the analog line in jack 70 or any other analog lines in provided (such as by pressing play on the standard compact disc player or cassette tape player connected thereto) and may preview and set the recording level. The recording level will appear in the right-hand part of the display as two vertical bars--one corresponding to the left channel, and the other corresponding to the right channel. Also, two numbers (both -64 as shown in FIG. 21) over the vertical bars will indicate the amount of headroom the maximum signal has before the digital signal to be created by the recording is clipped. A user may want to get these two numbers to a

specific value (often depending on the type of music recorded) as the compact disc recorder 30 previews the highs in the sound track. To adjust the recording volume, a user manipulates the adjusters 60 (left 62 and right 64). ]

556[When a user then presses the push-button 47 on the front bezel 44, the compact disc recorder 30 begins recording the sound track into the session previously selected, and onto the data storage structure previously selected. As shown in FIG. 22, during the recording, the display indicates the time elapsed in the recording (1:03), the position of the sound track within the session (track 14) and the name of the session into which the sound track is being recorded (a session called "Metallica"). Additionally, the display indicates the status of the compact disc recorder 30 (recording) using the status indicator 206 and indicates the time left within the session, which will ultimately depend on how much music can be stored on a compact disc. Furthermore, the display indicates the recording volume in the form of the already-mentioned two vertical bars and associated numbers, and indicates that the sound track has been assigned the generic name "New034" (of course, the sound track name can be changed as described above). During recording, the selection menu 270 indicates that a user may press push-button 55 to change the center display 216 to indicate, for example, total session time elapsed, total session time remaining, track time remaining, etc. and what the center display 216 is indicating will be identified by display indicia 218. Pressing push-button 63 causes the peak level bars and associated numbers to reset. Pressing push-button 57 leaves a "mark" in the sound track at that particular location in the song, and pressing push-button 59 causes the mark to be cleared. When a user decides that recording is finished, the user presses push-button 50 on the front bezel 44 to immediately begin recording the next track, or presses push-button 41 to stop recording. Once recording is stopped, the display reverts back to that which is described in FIG. 7 at which time a user may edit any of the sound tracks in that particular session. Leaving one or more marks within the sound tracks allows one to edit the sound tracks once they have been recorded into the selected data storage structure. ]

557[Editing sound tracks contained within a session will now be described. To edit a particular sound track in a session, one selects the sound track by using the push-buttons 45 and 49 when the display device 46 appears as shown in FIG. 7. Once the desired sound track is displayed, push-button 53 is pressed, and the display appears as shown in FIG. 12 at which time pressing push-button 63 causes the display to revert back to that which is displayed in FIG. 7. In contrast, pressing push-button 53 when the display appears as shown in FIG. 12 causes the display to appear as shown in FIG. 13 at which time selection menu 252 indicates that pressing push-button 55 causes the compact disc recorder 30 to connect a plurality of sound tracks together into a single sound track, pressing push-button 57 causes the compact disc recorder 30 to re-configure the sound track so that it fades in to the first mark placed in the sound track, pressing push-button 59 causes the compact disc recorder 30 to re-configure the sound track so that it fades out from the last mark placed in the sound track, pressing push-button 61 causes the display to revert back to that which is displayed in FIG. 12, and pressing push-button 63 causes the display to provide a selection menu 254 as shown in FIG. 14 at which time it is indicated that pressing push-button 55 causes the compact disc recorder 30 to trim the beginning of a sound track up to the first mark placed in the

sound track, pressing push-button 57 causes the compact disc recorder 30 to trim the end of a sound track from the last mark placed in the sound track, pressing push-button 59 causes the compact disc recorder 30 to re-configure the sound track so that it fades out from the last mark placed in a sound track and fades in to the first mark placed in the next sound track in the session, and pressing push-button 61 causes the display to adjust the amplitude of the soundtrack to a selected value whereafter preferably the user is prompted to input a value corresponding to the amplitude desired. ]

[558][Pressing push-button 63 causes the display to provide a selection menu 256 as shown in FIG. 15 indicating that pressing push-button 55 will cause any marks placed within the sound track to be cleared and pressing push-button 57 will cause two sound tracks to be joined. Pressing push-button 53 causes the display to revert back to that which is shown in FIG. 14, and pressing push-button 53 again causes the display to revert back to that which is shown in FIG. 13 at which time pressing push-button 61 causes the display to revert back to the display shown in FIG. 7. ]

[559][From FIG. 7, pressing push-button 53 causes the display to revert back to the display shown in FIG. 12. Thereafter, pressing push-button 55 causes the compact disc recorder 30 to search for and utilize an upgrade compact disc in the compact disc tray 54. Hence, as mentioned, upgrades in the software can be performed using an upgrade compact disc. Pressing push-button 57 causes the display 46 to prompt the user as to how the sound tracks should be sorted in the master song list 234 such as by name, size or time and date recorded. Pressing push-button 59 allows the user to set the date and time in the device 30. Pressing push-button 61 causes the compact disc recorder 30 to rebuild certain session information files. As mentioned, pressing push-button 63 causes the display to revert back to that which is shown in FIG. 7. ]

[560][Of course, the screen displays as illustrated on FIGS. 7-23 are merely illustrative, and many take many forms without departing from the scope of the present invention. Additionally, there may, in fact, be no input keys provided on the device 30 and all commands can be given by voice via the microphone 75, if provided. ]

[561][The compact disc recorder 30 in accordance with an embodiment of the present invention provides several advantages which include, but are not limited to, being as easy to use in many respects] as a modern-day audio tape recorder/player or compact disc player.[562]{ However }[563][ Additionally], the compact disc recorder 30 in accordance with the present invention also provides that one can listen to a sound track before the sound track is to be recorded.  In other words, one can truly [564]{"audition" a recording. }[565][audition a recording. Moreover, the compact disc recorder 30 can be used like a modern day juke box where songs are played directly from memory without needing to insert the compact disc containing the music. Additionally, the compact disc recorder 30 preferably provides enhanced features for editing the sound tracks recorded into the memory of the compact disc recorder 30.] Using the compact disc recorder 30, one can easily customize the order in which sound tracks will appear on the compact disc[566]{, }[567][ and one can easily write several compact discs having different orders of songs or having slightly different compilations without having to re-enter the sounds into the

device 30. ]Finally, unlike present-day compact disc players, the compact disc recorder 30 [568][preferably ]doubles as a SCSI device for use with a PC.

While a preferred embodiment of the present invention is shown and described, it is envisioned that those skilled in the art may devise various modifications and equivalents without departing from the spirit and scope of the invention as defined by the appended claims.[569]{ The invention is not intended to be limited by the foregoing disclosure. }

Document comparison done by DeltaView on Tuesday, July 18, 2006 6:33:04 PM

| Input: | |
|---|---|
| Document 1 | PowerDocs://CH01/12481489/1 |
| Document 2 | PowerDocs://CH01/12481489/2 |
| Rendering set | GCD Options |

| Legend: |
|---|
| [Insertion ] |
| {Deletion } |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 300 |
| Deletions | 263 |
| Moved from | 4 |
| Moved to | 4 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 571 |

CH01/ 12481489.3

# Exhibit 2

US [1]{6,172,948}[2][6,587,403] B1

[3]{OPTICAL STORAGE DEVICE}
[4][MUSIC JUKEBOX]

## Abstract

[5]{Disclosed is an optical storage device in the form of a compact disc recorder which includes sound receiving means for receiving analog signals, a convertor connected to the sound receiving means for converting the received analog signals into digital data, data storage structure communicatingly connected to the convertor for receiving the digital data from the convertor and storing the digital data received, and a compact disc recordable drive communicatingly connected to the data storage structure for receiving the stored digital data from the data storage structure and recording the digital data onto a compact disc received by the compact disc recordable drive. }

[6][Disclosed is a music jukebox which is configured for storing a music library therein. The music jukebox includes a housing, audio input structure on the housing for receiving audio signals, audio output structure on the housing for outputting audio signals, and a data storage structure in the housing for storing audio signals. The music jukebox is configured such that a music library of sound tracks is storable in the data storage structure. The music jukebox includes means for selecting a sound track from the music library stored in the data storage structure to play through the audio output structure, and the housing includes a display thereon which identifies sound tracks in the music library. Preferably, the music jukebox is configured such that the sound tracks stored in the data storage structure are editable before being played through the audio output structure. ]

---

## *Description*

---

### BACKGROUND

The present invention relates generally to audio recording devices, and relates specifically to a novel [7]{recording device for recording onto a compact disc or other optical storage media}[8][music jukebox].

Present audio tape recorder/players provide for both audio recording onto a cassette tape and play back of the audio recording, and are generally relatively easy to use. The typical audio tape recorder/player has several push-buttons which allow a user to have the device perform a number of functions in connection with the cassette tape. Normally, a push-button is provided for each of the following functions: pause, stop, rewind, fast forward, play and record.

In addition to being easy to use, some audio tape recorder/players provide additional advantages by way of advanced features. For example, some provide that one can determine a recording sound level before or during a recording, and set or adjust a recording gain level in response thereto. Specifically, some provide a digital display, such as an LED display, that indicates the sound level which will be recorded (or which is being recorded) onto the cassette tape, and provide a rotary knob, or other type of adjustor, which one can adjust in order to set (or adjust) the recording gain level. However, even these more advanced audio tape recorder/players do not provide that one can listen to how the recording actually sounds until after the sounds are recorded onto the tape. In other words, the typical audio tape recorder/player does not allow one to truly "audition" a recording before it is actually recorded onto a cassette tape. As a result, several "takes" may be required before an acceptable recording is obtained. A recording may be unacceptable because of a number of reasons such as, for example, because the recording gain level was set too low or too high.

Additionally, present audio tape recorder/players do not provide an easy way to vary the order in which a set of sounds, such as a set of songs, will appear on the cassette tape. Because an audio tape recorder/player records essentially what it "hears" or receives, in real time, it is not possible to easily customize the order in which sound tracks, such as songs, will appear on the recorded tape.

Another disadvantage of audio tape recorder/players is that they produce analog recordings, and analog recordings have a lower sound quality than do digital recordings. Furthermore, cassette tapes are not as durable as compact discs. For example, a dirty tape head may effectively destroy a cassette tape upon play back. For these reasons, cassette tapes are no longer the standard in the music industry, and compact discs are now en vogue. Therefore, while the demand for audio tape recorder/players has decreased, the demand for compact disc players has been increasing.

Like present audio tape recorder/players, present compact disc players are also relatively easy to use and provide push-button controls, with a push-button being provided for each of the following functions in connection with the compact disc: pause, stop, track reverse, track forward and play. The track reverse and track forward functions of the present-day compact disc player are much like the rewind and forward functions, respectively, of the present-day audio tape recorder/player. However, the nature of compact discs provides that the track reverse and track forward functions of a compact disc player are more useful than the respective rewind and fast forward functions of an audio tape recorder/player. Specifically, holding the track reverse or track forward push-button down provides that the compact disc player skips back or forward, respectively, within a given sound track. In contrast, tapping the track reverse or track forward push-button on the compact disc player provides that the compact disc player very quickly skips back or ahead, respectively, to the previous or next sound track on the compact disc. Because of the general nature of cassette tapes, this latter feature cannot effectively be provided on audio tape recorder/players.

As mentioned, compact disc players provide certain advantages over audio tape players. Compact disc players play back digital sound recordings from a compact disc, and

digital sound recordings have a higher sound quality than do analog signal recordings. Also, compact disc players provide for fast movement to the previous or next sound track. However, while audio tape recorder/players provide that one can record onto a cassette tape, most presently generally available compact disc players do not provide that one can record onto a compact disc.

Those compact disc recorders which are generally available record onto a compact disc in real time and do not provide any true editing functions. For example, some compact disc recorders now available provide that a source device, such as a compact disc player or a cassette tape player, is first connected to inputs of the compact disc recorder. Then, as the source device is operated to begin playing music from the source medium, the compact disc recorder is operated to begin recording. Therefore, as the source device is playing music, the compact disc recorder records the music in real time, as the compact disc recorder receives the music through its inputs.

There are many disadvantages to having to record in real time. One disadvantage is that editing is severely limited. If a mistake is made, the mistake is generally non-correctable. For example, if one begins recording the wrong song onto the compact disc or begins recording a song at the wrong volume, the mistake cannot readily be corrected. One would have to start over, and begin recording onto a new compact disc. Another disadvantage to having to record in real time is that if one wishes to make several identical compact discs, one would need to re-play all of the source music into the compact disc recorder. Of course, this effectively provides more opportunities for mistakes to be made while recording. Furthermore, if one wishes to make a second compact disc much like a compact disc which was made previously, with the exception of one song being replaced by another, one would need to re-play all of the previous source music into the compact disc recorder in addition to having to play the new song into the recorder. Likewise, if one wishes to make a second compact disc much like a compact disc which was made previously, with the exception of the songs on the second compact disc appearing in a different sequence, one would need to re-play all of the previous source music into the compact disc recorder, albeit in a different order.

Some other compact disc recorders now available include two compact disc trays--one tray for playing music from a compact disc, and one tray for recording the music onto another compact disc. In other words, music is recorded from tray-to-tray. This type of compact disc recorder presents many of the same disadvantages as discussed above because the recording is still done in real time.

Most of the compact disc recorders presently available can play music from a standard compact disc, thereby operating like a standard compact disc player. However, the devices generally cannot play back music which was received previously by the device unless the compact disc containing that music is first inserted into the tray of the device.

Another disadvantage to the compact disc recorders which are presently generally available is that the devices cannot be used to record onto standard CD-R discs which can be played back using any standard compact disc player. Standard CD-R recordable compact discs (as opposed to discs marked "for consumer use") are presently widely

available, are inexpensive, and can be played back using any standard compact disc player.

The present invention is directed at solving the disadvantages discussed hereinabove.

OBJECTS AND SUMMARY OF THE [9]{~~DRAWINGS~~}[10][DISCLOSURE]

A general object of the present invention is to provide a [11]{~~compact disc recorder~~}[12][music jukebox] which provides advantages not generally provided by other presently available compact disc recorders.

Another object of the present invention is to provide a [13]{~~compact disc recorder~~}[14][music jukebox] which can be used to store music tracks as easily as using a [15]{~~modern~~}[16][modem]-day audio tape recorder/player.

A further object of the present invention is to provide a [17]{~~compact disc recorder~~}[18][music jukebox] that provides that one can listen to a stored sound track before the sound track is recorded onto a compact disc (i.e. truly "audition" a recording).

Still another object of the present invention is to provide a [19]{~~compact disc recorder~~}[20][music jukebox] that provides that one can easily customize the order in which sound tracks will appear on a compact disc.

Yet still another object of the present invention is to provide a [21]{~~compact disc recorder~~}[22][music jukebox] that can play back music which was received previously by the [23]{~~recorder~~}[24][device] without a compact disc containing that music being first inserted into the device.

Yet a further object of the present invention is to provide a [25]{~~compact disc recorder~~}[26][music jukebox] that can be used to record onto computer-compatible compact discs which are presently widely available, are inexpensive, and can be played back using a standard compact disc player.

Briefly, and in accordance with at least one of the foregoing objects, the present invention envisions [27]{~~an optical storage medium recorder, such as a compact disc recorder, which includes sound receiving means for receiving analog signals, a convertor connected to the sound receiving means for converting the received analog signals into digital data, data storage structure communicatingly connected to the convertor for receiving the digital data from the convertor and storing the digital data received, and an optical storage drive, such as a compact disc recordable drive, communicatingly connected to the data storage structure for receiving the stored digital data from the data storage structure and recording the digital data onto an optical storage medium, such as onto a compact disc, received by the optical storage drive.~~}

{~~A preferred embodiment of the present invention envisions a compact disc recorder embodied in a housing and including at least one analog line-in jack~~}[28][a music jukebox which is configured for storing a music library therein. The music jukebox includes a

housing, audio input structure] on the housing for receiving [29]~~analog signals, an analog-to-digital convertor within the housing connected to the at least one analog line-in jack for converting the analog signals received by the analog line-in jack into digital data, a central processing unit communicatingly connected to the analog-to-digital convertor for receiving digital data, data storage structure communicatingly connected to the central processing unit for receiving digital data from the central processing unit and storing the digital data received, a digital-to-analog convertor connected to the central processing unit for receiving digital data, a compact disc recordable drive communicatingly connected to the central processing unit for receiving digital data stored in the data storage structure and for recording the digital data onto a compact disc received by the compact disc recordable drive~~[30][audio signals], audio output structure [31]~~{connected to the digital-to-analog convertor for receiving analog signals therefrom and for outputting the analog signals received, and a display device connected to the central processing unit. The central processing unit is configured for displaying information on the display device relating to sound tracks stored in the data storage device, and there are input keys on the housing communicatingly connected to the central processing unit for manipulating the information displayed on the display device. The central processing unit is also configured so that at least one of the input keys can be operated to selectively store sound tracks in the data storage structure and so that at least one of the input keys can be used to selectively display a master song list and at least one session song list on the display device, where the master song list lists all the sound tracks stored and available in the data storage structure, and the session song list lists a particular group of sound tracks which were previously selected to be in that particular session using at least one of the input keys. The central processing unit is also configured so that at least one of the input keys can be operated to output analog signals}~~[32][on the housing for outputting audio signals, and a data storage structure in the housing for storing audio signals. The music jukebox is configured such that a music library of sound tracks is storable in the data storage structure. The music jukebox includes means for selecting a sound track from the music library stored in the data storage structure to play] through the audio output structure[33]~~{ relating to sound tracks previously stored in the data storage structure.~~

~~Preferably, the central processing unit is also configured so that at least one of the input keys can be operated to perform at least one of the following editing functions: to combine a plurality of stored sound tracks into a single stored sound track, to split a single stored sound track into a plurality of stored sound tracks, to trim a stored sound track, to convert a stored sound track so that the sound track has a different amplitude, and to convert a stored sound track so that the sound track either fades in or fades out. Still further, the central processing unit is also preferably configured so that at least one of the input keys can be operated to control play back of a compact disc received by the compact disc recordable drive~~[34][, and the housing includes a display thereon which identifies sound tracks in the music library].

BRIEF DESCRIPTION OF THE DRAWINGS

The organization and manner of the structure and function of the invention, together with further objects and advantages thereof, may be understood by reference to the

following description taken in connection with the accompanying drawings, wherein like reference numerals identify like elements, and in which:

FIG. 1 is a perspective view of a [35]{~~compact disc recorder~~}[36][music jukebox] in accordance with an embodiment of the present invention;

FIG. 2 is a view of the front of the [37]{~~compact disc recorder~~}[38][music jukebox] illustrated in FIG. 1;

FIG. 3 is a view of the back of the [39]{~~compact disc recorder~~}[40][music jukebox] illustrated in FIGS. 1 and 2;

FIG. 4 is a simplified block diagram of the internal components of the [41]{~~compact disc recorder~~}[42][music jukebox] illustrated in FIGS. 1 and 2;

FIG. 5a is the left half of a more detailed block diagram of the internal components of the [43]{~~compact disc recorder~~}[44][music jukebox] illustrated in FIGS. 1 and 2;

FIG. 5b is the right half of a more detailed block diagram of the internal components of the [45]{~~compact disc recorder~~}[46][music jukebox] illustrated in FIGS. 1 and 2;

FIG. 6 is a circuit diagram of analog components of the [47]{~~compact disc recorder~~}[48][music jukebox] illustrated in FIGS. 1 and 2; and

FIGS. 7-23 illustrate some of the different possible screen displays of the [49]{~~compact disc recorder~~}[50][music jukebox] illustrated in FIGS. 1 and 2.

## DESCRIPTION

While the present invention may be susceptible to embodiment in different forms, there is shown in the drawings, and herein will be described in detail, an embodiment with the understanding that the present description is to be considered an exemplification of the principles of the invention and is not intended to limit the invention to that as illustrated and described herein.

Shown in FIG. 1 is an optical storage device [51][in the form of a music jukebox ]or compact disc recorder 30 in accordance with an embodiment of the present invention. The [52]{~~compact disc recorder~~}[53][music jukebox] 30 is a easy-to-use stand-alone audio recording device that can receive signals from an analog audio source and produce digital recordings onto a compact disc. As will be described, the [54]{~~compact disc recorder~~}[55][music jukebox] 30 has memory so sound tracks can be stored therein and selectively played back. In this regard, the compact disc recorder 30 can be effectively employed as a modern-day juke box. [56][Hence, in the following description, the device 30 is interchangeably referred to as a compact disc recorder and music jukebox. ]Additionally, the fact that the compact disc recorder 30 includes memory provides that saved sound tracks can be reviewed, or "auditioned", before being burned onto a compact disc. Preferably, the compact disc recorder 30 has many enhanced functions

allowing for the advanced editing of stored sound tracks, and can be used to play back standard, commercially available compact discs. These advantages as well as many others will be apparent after reading the following description of the compact disc recorder 30.

Internal components of the compact disc recorder 30 are protected by a housing 32, which may be a fabricated metal case much like those of standard stereo decks such as cassette decks and compact disc players. As shown in FIG. 1, the housing 32 has a front panel 34, a back panel 36, sides 38, a top 40 and a bottom 42. The housing 32 may incorporate, or have attached thereto, standard computer bay/mounting hardware, such as rails for drive mounting, one or more slots for circuit board mounting, and other mounting attachment structure.

As shown in FIGS. 1 and 2, the front panel 34 of the compact disc recorder 30 is an injection-molded front bezel 44 which provides, essentially, a user interface which displays information to a user and provides means for allowing the user to program and control the compact disc recorder 30. The front bezel 44 has a digital graphic display device 46 thereon. The digital graphic display unit 46 is, for example, a 240.times.64 dot graphics LCD with LED back-light, or may be a type of plasma display and/or a group of lamp devices. Regardless, the digital graphic display device 46 provides that the compact disc recorder 30 can communicate certain information to the user in connection with the operation, control and programming of the compact disc recorder 30. In addition, the digital graphic display unit 46 may also be a graphic user interface, such as a touch screen whereby a user can operate, control and program the compact disc recorder 30 by physically touching the digital graphic display unit 46 with a finger, light pen, or some other object.

The front bezel 44 also provides a means to give editing commands to embedded software (to be discussed later herein) for ordering, auditioning and playing back sound tracks stored in the compact disc recorder 30, prior to recording the tracks onto a compact disc. Specifically, the front bezel 44 has a set 48 of six transport control push-buttons 41, 43, 45, 47, 49, 50 thereon for providing that the user can control the functioning of the compact disc recorder 30. The set 48 of push-buttons are identical to those typically found on present-day compact disc players, but also includes a push-button to direct the compact disc recorder 30 to enter a record mode as will be described more fully later. In other words, there is a separate push-button provided for each of the following functions of the compact disc recorder 30: stop (button 41), pause (button 43), reverse track (button 45), play (button 47), forward track (button 49) and record (button 50). The front bezel 44 also includes a second set 52 of six push-buttons 53, 55, 57, 59, 61, 63 each of which relates to certain functions of the compact disc recorder 30 relating to programming the compact disc recorder 30 and editing sound tracks previously stored therein. Preferably, the second set 52 of push-buttons allows a user to access and interact with menus displayed on the digital graphic display device 46. This will be described in more detail later herein. Preferably, both sets 48 and 52 of push-buttons on the front bezel are illuminated, such as by LEDs.

The front bezel 44 also includes optical storage medium receiving structure so that an optical storage medium may be inserted into an optical storage drive. As shown, the optical storage medium receiving structure and optical storage drive may comprise a compact disc tray 54 and a compact disc tray eject/retract button 56 where the compact disc tray 54 forms a portion of a compact disc recordable drive 58 (see FIGS. 4 and 5) that is housed within the housing 32 of the compact disc recorder 30. Pressing the compact disc tray eject/retract button 56 one time provides that the CD tray 54 on the front bezel 44 opens and extends to allow the insertion of a compact disc into, or the removal of a compact disc from, the compact disc recordable drive 58 housed within the housing 32 of the compact disc recorder 30. Pressing the compact disc tray eject/retract button 56 again provides that the compact disc tray 54 on the front bezel 44 retracts and closes to provide that the compact disc recordable drive 58 can interact with the compact disc. Alternatively or additionally, the compact disc recorder may be configured such that one of the push-buttons can be used to open and close the compact disc tray 54. The compact disc recordable drive 58 may be provided such that a plurality of compact discs may be inserted therein. To this end, the compact disc tray 54 may open to provide access to more than one compact disc, or the compact disc recordable drive 58 may have more than one compact disc tray 54. Instead of a compact disc recordable drive 58, the device may include some other type of optical storage device such as a DVD recorder.

Further, the front bezel 44 includes analog/digital controls, thus providing a means to operate a recording, or input, signal level and the play back, or output, signal level. Specifically, the front bezel 44 [57]{includes}[58][may include] gain adjustors 60 thereon comprising two single-turn rotary potentiometers 62 and 64 for controlling the input gain of each of the right and left channels, 66 and 68, respectively, of a line-in jack 70, which, as shown in FIG. 3, is on the back panel 36 of the compact disc recorder 30. Indicia may be provided on the front bezel 44 in the vicinity of the gain adjustors 60 to indicate which adjustor 60 corresponds to the right channel, and which adjustor 60 corresponds to the left channel. As shown in FIGS. 1 and 2, the front bezel 44 also includes a volume adjuster 72 which comprises a dual-turn rotary potentiometer 74 for controlling the output volume to a headphone jack 76, also located on the front bezel 44. Preferably, the headphone jack 76 on the front bezel 44 consists of a standard one-quarter inch[59]{;}[60][;] gold-plated[61][ three conductor stereo] headphone jack. Additionally, as shown, the front bezel 44 may include a remote control signal receiving window 77 for receiving and/or sending signals to and/or from a remote control which may include buttons corresponding to either or both sets 48 and 52 push-buttons provided on the front bezel 44 of the compact disc recorder 30 as well as a display screen. Finally, also included on the front bezel 44 of the compact disc recorder 30 is a power switch 79 which may be illuminated with an LED like the other push-buttons on the front bezel 44. As shown, the front bezel 44 may also include a microphone 75 for receiving a user's voice and operating in response thereto.

As mentioned, and as shown in FIG. 3, the back panel 36 of the compact disc recorder 30 includes a line-in [62][phono ]jack 70 having a right channel 66 and a left channel 68. The line-in jack 70 provides that the compact disc recorder 30 can receive stereophonic signals from an external source, such as from a tape deck, a compact disc player, a

stereo radio receiver, or practically any other analog audio source. The back panel 36 of the compact disc recorder 30 also includes a line-out jack 78 having a right channel 80 and a left channel 82. The line-out jack 78 provides that the compact disc recorder 30 can transmit stereophonic signals to a pre-amplifier or amplifier, such as to a stereo radio receiver, or even to a standard cassette deck. Preferably, each of the line jacks 70 and 78 is a standard RCA jack having about 10,000 Ohms of impedance, and is color-coded for stereo connection to an existing stereo system. For example, the right channels 66 and 80 may be colored red, and the left channels 68 and 82 may be colored white. Indicia may also be provided in the vicinity of the jacks 70 and 78 to indicate the respective channels thereof[63]{.} As shown, there may also be provided balanced input jacks 71 and [64]{73 in the form of one-quarter inch jacks.}[65][73.]

The back panel 36 also includes a power supply cord (not shown) that can be plugged into a common household electrical outlet to provide power to the compact disc recorder 30 when the power switch 79 on the front bezel 44 is pressed. Depending on the configuration of the compact disc recorder 30, the power supply cord can be provided to operate either with a 115 Volt/60 Hz electrical outlet which is commonly found in United States households, or with a 230 Volt/50 Hz electrical outlet which is commonly found in other countries.

As mentioned, the back panel 36 preferably includes standard RCA input jacks 66 and 68 as well as balanced inputs 71 and 73. In addition to, or instead of, these input lines, the back panel 36 may also include a single line stereo input. Also, in addition to, or instead of, the headphone jack 76 and the line-out jack 78, the back panel 36 may also include a single line stereo output. The single line stereo input and output may each comprise a standard, one-eighth inch TRS stereo jack. The single line stereo input would provide that the compact disc recorder 30 can receive both channels of an external sound source through a single jack. Likewise, the single line stereo output would provide that the compact disc recorder 30 can transmit both channels of a stereo signal through a single jack. The back panel 36 may, of course, include still other lines in and out. For example, the back panel 36 may include a standard one-eighth inch mono combination line/microphone input jack. In fact, the one or more input lines in and out may be provided on the front bezel 44 in addition to, or instead of, the back panel 36. The number of inputs and outputs and locations thereof is not imperative. Furthermore, an amplifier can be provided in the compact disc recorder 30, and speaker output jacks can be provided on the back panel 36.

Regardless of the type of lines in and out provided, one having ordinary skill in the art would recognize that a corresponding gain or volume adjustor may be [66]{providing}[67][provided] associated therewith. Alternatively, it can be provided that the gain of all the available inputs can be controlled by the gain adjustors 60 specifically shown in FIGS. 1 and 2, such that a single knob controls the gain for a plurality of inputs. Likewise, it can be provided that the volume of all the available outputs can be controlled by the volume adjustor 72 specifically shown in FIGS. 1 and 2, such that a single knob controls the volume for a plurality of outputs. Of course, all adjustors can be provided electronically, such as on the digital graphic display device 46.

As shown in FIG. 3, furthering the versatility of the compact disc recorder 30, the back panel 36 thereof includes [68]{an}[69][a] SCSI port 84. The SCSI port 84 provides that the compact disc recorder 30 can communicate with a personal computer (PC) to create or duplicate multi-media CD-ROMs, or backup and restore data onto a PC. To this end, the SCSI port 84 provides active termination and a thumb-wheel (not shown) is preferably provided in association therewith to allow the user to identify the device number (generally from zero to six) the PC should regard the compact disc recorder 30. To connect to a PC, a SCSI interface cable is connected to both the SCSI port 84 on the compact disc recorder 30 and to a SCSI card on the PC. To select the SCSI functionality of the compact disc recorder 30, a selector switch can be provided on the front bezel 44 or back panel 36 of the device 30. Alternatively, the compact disc recorder 30 may be configured such that the display device 46 and one of the input keys 52 can be used to select the SCSI function of the device 30. Still further, the compact disc recorder 30 may be configured for automatically sensing that a PC is connected to the SCSI port 84, and automatically responding thereto by entering a SCSI mode.

The internal components [70][and connections ]of the compact disc recorder 30[71]{ and connections therebetween} will now be described with reference to FIG. 4. As shown, two input lines 86 and 88 are connected to a signal conditioning unit 90. The input lines 86 and 88 represent analog signals received from one or more of the inputs mentioned hereinabove, such as from the right and left channels 66 and 68, respectively, of the line-in jack 70, from the balanced inputs 73 and 71, from the single line stereo input and/or from a combination line/microphone input jack. The signal conditioning unit 90 modifies the gain and frequency response of the analog signals carried by the input lines 86 and 88 in order to optimize same for input to an analog-to-digital converter 92, which is connected to the signal conditioning unit 90. The signal conditioning unit 90 is not only connected to the analog-to-digital converter 92, but also to a control bus. A central processing unit 94, such as a microprocessor having software embedded therein, is incorporated on a circuit board along with [72][a ]sound card (CODEC) structure, a SCSI interface and all principal input and output connections, and is also connected to the control bus. Preferably, the embedded command structure is based on the standard SCSI operating commands for CD-R devices. The connection of the central processing unit 94 to the control bus provides that the central processing unit 94 can control all the other devices which are connected to the control bus, such as the signal conditioning unit 90. The signal conditioning unit 90 modifies the gain and frequency response of the analog signals carried by the input lines 86 and 88 under control of the central processing unit 94 over the control bus.

As shown, in addition to being connected to the signal conditioning unit 90, the analog-to-digital converter 92 is also connected to the control bus. The analog-to-digital converter 92 samples each of the analog input signals received from the signal conditioning unit 90, and converts the analog signals to digital data, or a digital word. The analog-to-digital converter 92 performs this function under control of the central processing unit 94 over the control bus.

Also connected to the control bus is a disc storage controller 96, and the disc storage controller 96 is also connected to a disc subsystem bus to which is connected the

compact disc recordable drive 58 and possibly a secondary compact disc recordable drive 108, if provided. The secondary disc recordable drive 108 may be identical to the compact disc recordable drive 58, or may comprise a means to store and/or read digital information on or from a magnetic or optical disc. For example, the secondary disc recordable drive may comprise a DVD recorder. In fact, the compact disc recordable drive 58 may comprise a DVD recorder, and a secondary recordable drive need not even be provided. However, should there be included a secondary disc recordable drive 108 which is identical to the compact disc recordable drive 58, the front bezel 44 may include a second compact disc tray, and a second compact disc tray eject/retract button associated therewith, or may provide that the single compact disc tray 54 can provide a compact disc to both of the compact disc recordable drives 58 and 108. The disc storage controller 96 essentially amounts to an interface between the data storage or retrieval requests from the central processing unit 94 and the disc subsystem bus. To facilitate the control and programming of the central processing unit 94 itself, an input key unit 98, essentially comprising the two sets 48 and 52 of previously-described user interactive switches on the front bezel 44 of the compact disc recorder 30, is connected to the control bus. The digital graphic display device 46 located on the front bezel 44 of the compact disc recorder 30 is also connected to the control bus; therefore, the central processing unit 94 can control and drive the digital graphic display device 46.

Also connected to the control bus is a digital-to-analog converter 100. Therefore, the central processing unit 94 can control the operation thereof over the control bus. Specifically, the digital-to-analog converter 100 converts digital input received from a data bus under control of the central processing unit 94. As shown, connected to the digital-to-analog converter 100 are two output lines 102 and 104 for communicating the produced analog signals to any of the outputs already mentioned, namely, the right and left channels 80 and 82, respectively, of the line-out jack 78, the single line stereo output, the headphone jack 76, any balanced outputs provided, or any other [73]{inputs}[74][outputs] provided on the device 30. Should the function selector switch (or other means of setting the function of the compact disc recorder 30, if not automatically detected by the compact disc recorder 30) be set to select the SCSI device function of the compact disc recorder 30, a digital signal output would bypass the digital-to-analog converter 100 and proceed directly to the SCSI port 84 and then to a connected PC.

As shown, the analog-to-digital convertor 92 is also connected to a data bus. Additionally, the SCSI port 84 is connected to the data bus along with the central processing unit 94. This provides that the digital signal input received through the SCSI port 84 can proceed to the central processing unit 94 without having to travel through the analog-to-digital converter 92. In this case, the function selector switch (or other means of setting the function of the compact disc recorder 30, if not automatically detected by the compact disc recorder 30), if provided, would be set to select the SCSI function of the compact disc recorder 30. Also connected to the data bus is one or more data storage structures 106, the input key unit 98, the digital-to-analog converter 100 and the digital graphic display device 46. The one or more data storage structures 106 may comprise essentially any type of data storage structure for storing and retrieving digital information from randomly addressable memory locations using solid state read only and/or read and write types of memory. Specifically, the one or more data storage

structures 106 may each comprise an IDE hard drive having a capacity of 2.1 or more gigabytes. As shown, the central processing unit 94 and one or more data storage structures 106 are interconnected via an address bus[75][ and a data bus].

Embedded in at least one of the data storage structures 106, and preferably supplied on a separate back-up CD-ROM, is operating software which includes [76]{DOS}[77][operating system] and command/control code, thus providing means for causing and directing the various components of the compact disc recorder 30 to perform specified functions, including re-boot, diagnostic and installation procedures. Preferably, the code on the CD-ROM is licensed to the specific end user and is keyed to the serial number of the specific compact disc recorder 30 with which it is shipped. In the event that the portion of the code provided embedded in the data storage structure 106 becomes accidentally damaged, the user can insert the back-up CD-ROM into the compact disc tray 54 of the compact disc recordable drive 58 prior to providing power to the compact disc recorder 30. When power is provided thereto, this will result in the [78]{re-formatting}[79][testing and any necessary correcting] of the data storage structure [80]{106,}[81][106] and[82]{ re-installation} of the operating system and command structure. Thus, except in the case of complete data storage structure 106 failure, or other component failure (which would preferably be detected by the central processing unit 94 using the code on the back-up CD-ROM, thus displaying an appropriate error message on the digital graphic display unit 46), preferably no other diagnostic or system-related maintenance is necessary.

FIGS. 5a, 5b and 6 are detailed views of the internal components of the compact disc recorder 30. Specifically, FIG. 5a illustrates digital components and FIG. 5b illustrates analog components of the compact disc recorder 30 in a simplified form. FIGS. 5a and FIGS. 5b essentially form a single block diagram, with FIG. 5a being the left half, and FIG. 5b being the right half. FIG. 6 illustrates analog components of the compact disc recorder 30 in more detail than does FIG. 5b.

As shown in FIG. 5a, the basic system will use a PC compatible board or chip (system on a chip, such as the STPC presently available from ST [83]{Micro-electronics}[84][Microelectronics]) running the compact disc recorder 30 software as an embedded system, to provide overall control of the assorted circuit elements. Such a system will be referred to hereinafter as a PCSystem [PCS]. The PCS will communicate with the rest of the system by means of a Main BUS (a bus meaning a grouping of conductors which is routed to the same parts of a circuit, such as an ISA or PCI type), each containing a Data, an Address and a Control sub-bus. The Main Bus, an ISA BUS in this case, is primarily controlled by the PCS and will connect the PCS to the DSP (such as a ADSP2111 DSP presently available from Analog Devices), Main Memory Ram [RAM], Boot Block Eeram, Real Time Clock & Configuration [RTC], Voice Processing & Storage [VPS], Latch System [LATCH], SCSI adapter [SCSI] and Memory Mapped Buffer System [BUFFER, including Memory Mapped Buffers 1 and 2 as illustrated in FIG. 5a]. There is a secondary bus referred to as the DSP BUS, which is primarily controlled by the DSP and connects the DSP to the BUFFER through bank switches SW1, SW2, and SW3, to the ANALOG BOARD through Digital OptoCouplers, and to the LATCH, and to the I/O PROCESSOR [IOP]. A third BUS, called the Serial Interface Bus [SPI] only connects to the ANALOG BOARD (shown in FIG. 5b), through Digital

OptoCouplers, and passes data back and forth from the DSP and the CODEC (on the Isolated Analog Board). The SPI[85][, together with the Analog Board Control Bus,] also controls the DIGITALLY CONTROLLED GAIN UNITS [DCGU 1 and DCGU 2] (see FIG. 5b) and provides for connection to an External Digital Interface (which may be utilized in a Professional Unit). A fourth BUS, called the IDE BUS connects the HARD DISK SYSTEM [HD] to the PCS. A fifth BUS called the SCSI BUS connects the SCSI ADAPTER to the compact disc recordable drive 58.

With application of Mains Power to the Main Power Supply [PS], the PS will first supply power and then a power good signal to the PCS. The PCS will initialize under Bios control, perform power on tests, and then load the compact disc recorder 30 imbedded Operating System [AADOS] from the EERAM. The application of Power will cause the data storage structure 106 (HD in FIG. 5a) and compact disc recordable drive 58 to initialize. The AADOS will then initialize LATCH, IOP, RTC and VPS. The AADOS will then initialize the DSP and then load the DSP operating system [DSP CODE] into the DSP through the DSP Host Interface Port [HIP]. The DSP will then establish communications with the CODEC and DCGU[86]{S}[87][s]. The AADOS will initialize the LCD and display the start screen and begin normal operation in a ready mode, waiting for User input.

The EERAM which boots the AADOS can be reconfigured and rewritten under control of the PCS, thereby allowing for the complete operating system to be upgraded at will.

The BUFFER comprises BUFFER1 and BUFFER2, bus switches SW1, SW2 and SW3, and an ADDRESS DECODER. These units comprise a method to map one half of the total BUFFER, BUFFER1 for instance, into the memory address space of the PCS while, at the same time mapping the other buffer, BUFFER2, into the memory address space of the DSP.

In the record mode, the CODEC (such as a Crystal CS4222) converts the Audio Input Signals into Digital Data and passes the data through the SPI to the DSP, which will store the data (after first perhaps processing it in some way) to BUFFER2, in this instance, until the buffer is full. While BUFFER2 was filling, the PCS was storing the data which was previously placed in BUFFER1 to the HARD DISK SYSTEM and/or the SCSI subsystem. After BUFFER2 has been filled the DSP switches the bus switches, SW1, SW2, and SW3, which now maps BUFFER2 into the memory address space of the PCS and maps BUFFER1 into the memory address space of the DSP. The DSP then begins to fill BUFFER1 with data from the CODEC and the cycle continues. In playback mode the flow of data is reversed and originates as Digital Data from the HARD DISK SYSTEM or the SCSI storage system, follows the same path in reverse, and is output from the CODEC as Audio (or additionally as a digitally coded audio signal, typically a SPDIF signal).

While in Record, Playback or Stop mode, the VPS can be activated and a voice message [SLATE] can be input through the microphone to the VPS, digitized, and stored as a voice bandwidth (typically 11.025 k) file which is linked to the current track.

The RTC will store the correct time, date and configuration while the compact disc recorder 30 is off, and will have the capability to start and stop recording while unattended.

Operation of the compact disc recorder 30 will now be described. Upon powering the device 30, the central processing unit 94 first initializes the digital graphic display unit 46 (unless there is a fatal system error) and all the user-interactive buttons and knobs such as the push-buttons 48, the soft-key keyboard set 52, and the gain and volume adjustors, 60 and 72. After this initialization, the central processing unit 94 tests the RAM (see FIG. 5). Should a problem with the RAM be detected, an appropriate error message would preferably be displayed on the digital graphic display unit 46 on the front bezel 44 of the compact disc recorder 30. Should no problem be detected, the central processing unit 94 proceeds to test the one or more data storage structures 106, to determine whether the operating system code embedded therein is intact. If the operating system code is completely intact, the code is loaded into the RAM and a specified start-up application is loaded and run. Should the operating system code not be completely intact, the central processing unit 94 checks the compact disc recordable drive 58 to determine whether the back-up CD-ROM, a Boot CD, is inserted in the compact disc tray 54. If not, the central processing unit 94 preferably displays an appropriate error message on the digital graphic display unit 46 and awaits for the insertion of a Boot CD into the compact disc tray 54. When the Boot CD is detected, the central processing unit 94 restores the data storage structure 106, and performs a cold boot.

Then, the central processing unit 94 initializes all the hardware of the compact disc recorder 30 (see specifically FIGS. 4, 5a and 5b). Then, the central processing unit 94 determines whether the compact disc recorder 30 is to be used as an external SCSI device for a PC. To this end, the central processing unit 94 may check to determine whether an interface cable is connected to the SCSI port 84 on the back panel 36 of the compact disc recorder 30, or may check to determine the setting of a function selector switch provided on the front bezel 44 or back panel 36. Of course, as mentioned, other means may be provided to direct the functioning of the compact disc recorder 30 between being a SCSI device and being, for example, a compact disc recorder/player for a common stereo system. If the central processing unit 94 determines that the compact disc recorder 94 is to be used as an external SCSI device, the compact disc recorder 30 enters a SCSI mode, and if the central processing unit 94 determines that the compact disc recorder 94 is to be used otherwise, the central processing unit 94 preferably updates the display on the digital graphic display unit 46 and enters an idle mode waiting for user interaction.

[88]{When}[89][After pressing the Record button 50, when] the compact disc recorder 30 receives analog input signals received by any of the analog inputs of the compact disc recorder, the signal conditioning unit 90, under control of the central processing unit 94, modifies the gain and frequency response of the analog signals in order to optimize the analog input signals for input to the analog-to-digital convertor 92. The analog-to-digital convertor 92 samples each of the analog input signals received from the signal conditioning unit 90, and converts the analog input signals to digital data, or a digital

word. The analog-to-digital convertor 92, under control of the central processing unit 94, then places the digital data, or digital word, on the data bus at the proper time. Thereafter, the central processing unit 94 can cause the digital data to be saved in the data storage structure 106 as one or more digital files, such as digital audio wavetable (.wav) or raw ([90][,]raw) files, in the order in which they were received. Preferably, [91]{a DOS}[92][[an operating]] system embedded in the central processing unit 94 together with the embedded command software enable the user to focus on selection and ordering of audio material (to be described later herein), rather than on the technical aspects of typical pre-mastering and mastering software. Preferably, the only settings the user must make are overall recording level and balance, and even these functions can be programmed such that these are set automatically by the central processing unit 94. Other functions which may be automatically performed by the central processing unit 94 include trimming the lead and/or tail from a take, fading in or out a take, slating a take, setting the equalizing levels for a recording session or even for particular sound tracks within a session, supporting multiple sessions stored in the data storage device 106, and permitting the composing of a session from a library of takes. Many of these functions as well as others will be described more fully later herein in connection with the digital display 46 and set 52 of push-buttons.

After digital data has been saved in the data storage structure 106 as one or more digital files, the digital files can be auditioned, or reviewed, before being saved onto a compact disc, such as a CD-R or CD-RW, which has been inserted in the compact disc tray 54 of the compact disc recordable drive 58 and/or a secondary optical storage device 108 such as a secondary compact disc recordable drive or a DVD recorder. To facilitate the auditioning of the digital files and the discrete ordering thereof prior to recording onto a compact disc, each sound track, or digital file, is maintained as a separate file. Alternatively, the one or more digital files can be saved onto a compact disc without first auditioning same. To audition one or more digital files, a user would interact with specific controls on the front bezel 44 of the compact disc recorder 30, such as the set 48 or 52 of push-buttons or directly with the digital graphic display unit 46 if a touch screen is provided. Alternatively, a microphone 75 may be provided on the front bezel 44 and the device operated by voice.

As mentioned, preferably the pressing any of the push-buttons on the front bezel 44 essentially amounts to interaction with the input key unit 98 identified in FIG. 4. The input key unit 98 enables user interaction with the program control of the compact disc recorder 30. Should the user program or direct the compact disc recorder 30 to audition one or more digital files, the central processing unit 94 would cause the one or more digital files to be forwarded to the digital-to-analog converter 100 over the data bus. The digital-to-analog converter 100 converts this digital data received over the data bus to analog signals, processes the signals to reduce or eliminate any effects from a digital clock supplied by the central processing unit 94, and distributes the analog signals as the two output lines 102 and 104, all under control of the central processing unit 94. Thereafter, as mentioned, the two output lines 102 and 104 can emit the analog signals from any or all of the outputs 76, 78 of the compact disc recorder 30 which have already been described. All conversions of the analog signals to and from digital data are performed in a hard-wired environment. This virtually eliminates the possibility that

one or more files will be corrupted during the conversions. As will be described, during auditioning, a user can, for example, play the take or delete the take as well as assemble the take into one or more sessions.

Either before or after auditioning the digital data and possibly after rearranging the order of the individual digital files, the user may direct or program the compact disc recorder 30 to record, or burn, an image of sound tracks (digital data) stored in the data storage structure 106 onto a compact disc. As will be described more fully later herein, to do so, the user would again interact with specific controls on the front bezel 44 of the compact disc recorder 30, such as the second set 52 of push-buttons. Should the user program or direct the compact disc recorder 30 to write one or more digital files onto the compact disc, the central processing unit 94 would cause the one or more digital files in the data storage structure 106 to forward to the disc storage controller 96. As mentioned, the disc storage controller 96 amounts to an interface between the data storage or retrieval requests from the central processing unit 94 and the disc subsystem bus. As a result, the central processing unit 94 can direct the recording of the one or more digital files onto the compact disc by the compact disc recordable drive 58 (and/or the secondary compact disc recordable or DVD drive 108).

After writing to a compact disc, the recording can be played back by the compact disc recordable drive 58 or any standard compact disc player. During play back using the compact disc recorder 30, the digital graphic display unit 48 may display certain information relating to the play back. To play back the recording (or to play any other compact disc), the user merely [93]{presses }employs the set 52 of push-buttons to direct the compact disc recorder 30 to enter a play compact disc mode and then presses the push-button 47 corresponding to "play" when the compact disc is inserted into the compact disc tray 54. This will be described more fully later herein. During play back, the compact disc recordable drive 58 [94]{coverts}[95][converts] the digital data on-board and outputs the analog signals for output [96]{from}[97][through] any of the outputs of the compact disc recorder 30 mentioned above, for example, [98]{from}[99][through] the line-out jack 78 and/or [100]{from}[101][through] the headphone jack 76. Additionally, the compact disc recorder 30 may be configured such that the compact disc recordable drive 58 can output signals for direct recording onto the data storage structure 106, thereby obviating the need to connect a signal source such as a compact disc player to any of the inputs of the compact disc recorder 30.

In the manner described above, the compact disc recorder 30 is primarily designed to provide that analog audio signals can be archived in a data storage structure 106, and later recalled to be recorded, or burned, onto a compact disc. The compact disc recorder 30 also provides that a user can review archived sound tracks by accessing the data storage structure 106 through software embedded within the central processing unit 94. This auditioning feature can be conducted on both a track-by-track basis and on an entire session basis. The benefit of being able to audition or review audio tracks before recording same onto a compact disc is that the recording quality, gain level and desired order of the sound tracks can be determined to be correct beforehand. Therefore, an ideal recording onto a compact disc can be achieved on the first try.

The compact discs produced by the compact disc recorder 30 are fully compatible with any present-day compact disc player. However, the compact disc recorder 30 can also be used to play back the compact disc after it is recorded thereon by the compact disc recordable drive 58 (or if the drive 58 is provided as being some other type of optical storage drive, preferably the optical storage medium recorded thereon can be played in that type of standard optical storage player). To this end, the compact disc recordable drive 56 (or a secondary compact disc recordable drive 108) itself can play back the compact disc. In addition, the compact disc recordable drive 56 can play standard commercially-produced audio compact disc (typically recorded in CD-DA audio format). As will be described more fully later herein, to have the compact disc recorder 30 play a compact disc, the user would again interact with specific controls on the front bezel 44 of the compact disc recorder 30, such as the first set 48 of push-buttons, as described previously herein. Should the user program or direct the compact disc recorder 30 to play a compact disc, analog signals would travel from the compact disc recordable drive 58 to outputs which are provided on the compact disc recorder 30, such as out the line-out jack 78 on the back panel 36 or the headphone jack 76 on the front bezel 44.

As mentioned, the back panel 36 of the compact disc recorder 30 includes a SCSI port 84. The SCSI port 84 provides that the compact disc recorder 30 can be used as a fully functional CD-R external drive for a multi-media personal computer (PC) system. To this end, a SCSI interface cable can be attached to the SCSI port 84 on the compact disc recorder 30 and to [102]{an}[103][a] SCSI card on the PC. This connection and the functionality of the compact disc recorder 30 enables a user to create backup copies of existing multi-media CD-ROMs, or programs or data stored on a hard drive. In addition, the user can compose and duplicate multi-media presentations using CD-R recordable [104]{diskettes}[105][blank media].

Preferably, the compact disc recorder 30 provides many enhanced features and functions, some of which have been mentioned hereinabove. Also, preferably the compact disc recorder 30 is easy to use. Some of these enhanced features (some of which have been already discussed hereinabove) and preferred screen displays of the display device 46 will now be described.

Some of the display device 46 outputs to be described contain song names, etc. which are presently commercially available and presumably protected by appropriate copyright laws. Of course, it is assumed that the user would have pre-acquired the legal right to do the acts to be described, or that the acts to be described are otherwise legal (e.g., fair use).

When the compact disc recorder 30 is initially turned on, the digital display 46 may, after a short time (after the central processing unit 94 initializes the internal components of the device 30, as already described), appear as shown in FIG. 1 displaying a start-up screen which may include a trademark.

Then, after another short time period, the digital display 46 may appear as illustrated in FIGS. 2 and 7. FIGS. 7-23 are cut-aways of the front bezel 44, including the set 52 of push-buttons 53, 55, 57, 59, 61, 63 adjacent the display device 46. When describing each

of these displays, like reference numerals will be used to identify like items and, at times, detailed discussion thereof will be omitted.

Attention is specifically directed to FIG. 7. As shown, the display device 46 may initially display session name indicia 200, song name indicia 202, time indicia 208 which indicates the length of the song in terms of time, peak level indicator indicia 210, track number indicia 214 which indicates the position of that particular song within the session, status indicia 206 which indicates what the compact disc recorder 30 is doing, session time remaining indicia 204, display indicia 218 which indicates what it is that a center display 216 is indicating, and selection menu 212 which indicates functions a user can access by pressing a corresponding push-button 53, 55, 57, 59, 61, 63 from the set 52 of push-buttons adjacent the display device 46 on the front bezel 44.

Essentially, the screen display shown in FIG. 7 is indicating that the session is called "Metallica", the song track entitled "Fade to Black" is the first song in the session, the total track time is being displayed and the song is 6:56 long, there is about 20% remaining in the session (the entire session will fit on a compact disc and some more sound tracks can still be added), the compact disc recorder 30 is in a stop mode, the inputs to the compact disc recorder 30 are low (-45 right channel and -45 left channel), and the user may use the corresponding push-button 53, 55, 57, 59, 61, 63 to select one of the following functions: utility, time, play a compact disc, make a compact disc, session and peak.

Specifically, pressing push-button 55 (time function) will change the center display to indicate, for example, the time elapsed in the song during play back from the data storage structure, the amount of time used in the session, the amount of time remaining in the session, etc. depending on how many times the push-button 55 is pressed. As the center display changes, the display indicia 218 changes to indicate what it is that the center display 216 is indicating.

Pressing push-button 57 causes the compact disc recorder 30 to enter a play CD mode wherein a compact disc placed in the compact disc tray 54 can be played back using the compact disc recordable drive 58. During play CD mode, the set 48 of push-buttons on the front bezel 44 may be operated much like the controls of a standard compact disc player. When the compact disc recorder 30 enters this mode, the display device 46 may appear as shown in FIG. 23 indicating that track one of the compact disc received is 00:00 long (essentially indicating that no compact disc has been inserted in the compact disc tray 54). At this time, the selection menu 272 includes two options: time and exit. Pressing the push-button 55 (corresponding to the time option) causes the center display 216 to indicate, for example, the time elapsed in the song, the amount of time remaining in the song, the amount of time elapsed on the disc and the amount of time remaining on the disc, etc. depending on how many times the push-button 55 is pressed. As the center display changes, the display indicia 218 changes to indicate what it is that the center display 216 is indicating. Pressing push-button 63 (corresponding to the exit option) causes the compact disc recorder 30 to exit the play back mode and revert back to the display illustrated in FIG. 7.

When the display device 46 appears as illustrated in FIG. 7, pressing push-button 59 causes the compact disc recorder 30 to enter a write compact disc mode at which time the display device 46 may prompt (such as by pressing push-button 47) the user to confirm that a compact disc is to be made. After the user confirms as such, the compact disc recorder 30, and specifically the compact disc recordable drive 58 component thereof, begins writing the session to a compact disc inserted in the tray 54. As will be described, a session will typically be a group of sound tracks which have been previously assigned to that particular session.

To view the contents of a particular session, one presses the push-button 61 when the display device 46 appears as illustrated in FIG. 7, at which time the display changes to that which is shown in FIG. 8. The display includes session title indicia 220, data storage structure free space indicia 222, session remaining time indicia 224, a session song list 228 which is [106][a ]list of all the sound tracks assigned to that particular session, a cursor 226 which can be maneuvered among the session song list 228, and a selection menu 230 which indicates the functions a user can access by pressing a corresponding push-button 53, 55, 57, 59, 61, 63 from the set 52 of push-buttons adjacent the display device 46 on the front panel: view, up, down, play, exit, more.

Essentially, the screen display depicted in FIG. 8 is indicating that the session is called "Metallica", the session includes at least sound tracks which have been entitled (by the user) "Fade to Black", "King Nothing", "Sad But True" and "Fuel".

Pressing push-button 55 causes the cursor 226 to move up the session song list 228, and pressing push-button 57 causes the cursor 226 to move down the session song list 228 thereby possibly causing the session song list 228 to scroll down and display sound tracks beyond the first four. Pressing and holding down push-button 59 causes the compact disc recorder 30 to begin playing the track highlighted by the cursor 226 until the push-button 59 is released (used primarily only to identify which sound track is highlighted--to truly listen to tracks [107]{with}[108][within] a session, a user would press push-button 61 and revert back to the screen display shown on FIG. 7, then the user would interact with the other set 48 of push-buttons much like operating a standard compact disc player). Pressing push-button 61 causes the screen display to revert back to that which is shown in FIG. 7. Pressing push-button 63 when the screen display is as shown in FIG. 8 causes the screen display to appear as shown in FIG. 19. As shown, the only difference between the two displays (FIG. 8 and FIG. 19) is that the selection menu (266 in FIG. 19) has changed to indicate that the following functions are accessible: back, move up, move down, delete. Pressing push-button 53 causes the screen display to revert back to [109][4o ]the display shown in FIG. 8. In contrast, pressing push-button 55 causes the highlighted sound track in the session song list 228 to move up within the list (as shown "King Nothing" would be moved ahead of "Fade to Black" to occupy the first spot in the list), and pressing push-button 57 causes the highlighted sound track in the session song list 228 to move down within the list (as shown "King Nothing" would be moved behind "Sad But True" to occupy the third spot in the list). Pressing push-button 59 causes the highlighted sound track in the session song list 228 to be deleted from that particular session. However, this does not cause the sound track to be deleted from the data storage device on which the sound track has been stored, and the sound track will

still remain contained in the master song list which is accessed by pressing push-button 53 while the display is as shown in FIG. 8, after which the display device 46 appears as shown in FIG. 9.

The display shown in FIG. 9 includes data storage structure indicia 232 which indicates in which data storage structure (e.g. part l06) the list of sound tracks is stored, a master sound track list 234 which lists all the sound tracks stored in the data storage structure indicated by the data storage structure indicia 232, and selection menu 236 which indicates that a user can access the following functions by pressing a corresponding push-button 53, 55, 57, 59, 61, 63 from the set 52 of push-buttons on the front bezel 44: view, up, down, add, exit, more.

Essentially, the screen display shown in FIG. 9 is indicating that the data storage structure indicated by the data storage structure indicia 232 includes at least sound tracks which have been entitled (by the user) "Breadfan", "Fade to Black", "Fuel" and "Harvester" and that each of the sound tracks are used within at least one session (as indicated by the x's).

Pressing push-button 55 causes the cursor 226 to move up the master sound track list 234, and pressing push-button 57 causes the cursor 226 to move down the master sound track list 234 thereby possibly causing the master sound track list 234 to scroll down and display sound tracks beyond the first four. Pressing push-button 59 causes the sound track highlighted by the cursor 226 to be added to the session which has been selected (session selection will be described in connection with FIG. 10). Pressing push-button 61 causes the display to revert back to that which is shown in FIG. 7. Pressing push-button 63 causes the screen display to appear as shown in FIG. 16. As shown, the only difference between the two displays (FIG. 9 and FIG. 16) is that the selection menu (258 in FIG. 16) has changed to indicate the following functions are accessible: back, name, delete, play, delete all, more. Pressing push-button 53 causes the screen display to revert back to the display shown in FIG. 9. Pressing push-button 55 allows the user to name (or re-name) the highlighted sound track. Pressing push-button 57 causes the sound track highlighted by the cursor 226 to be deleted from the data storage structure indicated by the data storage structure indicia 232. Pressing and holding down push-button 59 causes the compact disc recorder 30 to begin playing the track highlighted by the cursor 226 until the push-button 59 is released (used primarily only to identify which sound track is highlighted--to truly listen to tracks [110]{with}[111][within] a session, a user would press push-button 61 when the screen appears as shown in FIG. 9 to cause the screen to appear as shown in FIG. 7, then the user would interact with the other set 48 of push-buttons much like operating a standard compact disc player). Pressing push-button 61 when the screen appears as shown in FIG. 16 causes any sound tracks which are not assigned to a session (indicated as not having an "x" in the used column) to be erased or otherwise made unavailable. Preferably, pressing push-button 57 or 61 causes the compact disc recorder to prompt the user for a confirmation (such as by having the user press push-button 47) that a deletion is actually desired. Additionally, the user may be prompted for a password before the one or more sound tracks are deleted. Upon deleting a sound track, the sound track would no longer appear in the master list 234. Pressing push-button 63 causes the screen display to appear as shown in FIG. 18. As

shown, the only difference between the two displays (FIG. 16 and FIG. 18) is that the selection menu (264 in FIG. 18) has changed to indicate that the following selections are possible: back, copy, move. Pressing push-button 55 allows the user to copy the highlighted sound track to another data storage structure, and pressing push-button 57 allows a user to move the highlighted sound track to another data storage structure. Pressing push-button 53 causes the screen display to revert back to that which is shown in FIG. 16.

As mentioned, pressing push-button 55 when the display is as shown in FIG. 16 allows a user to name (or re-name) the sound track which is highlighted by the cursor 226. After the push-button 55 is pressed, the display device 46 may appear as shown in FIG. 17 where a naming box 260 appears substantially at the center of the display. Pressing push-button 53 causes the cursor in the song title to move to the left, pressing push-button 55 causes the cursor in the song title to move to the right, pressing push-button 57 causes the letter highlighted by the cursor to move down (i.e. from "b" to "a") and pressing push-button 59 causes the letter highlighted by the cursor to move up (i.e. from "b" to "c"). Then, pressing push-button 61 causes the display to revert back to FIG. 16 after saving the sound track title just entered using push-buttons 53, 55, 57 and 59, and pressing push-button 63 causes the display to revert back to FIG. 16 without saving the sound track title just entered using push-buttons 53, 55, 57 and 59 (i.e. the former title is retained). Of course, instead of providing this means to enter a song title, a four-way or other type of menu may be provided for selecting letters and other characters. Alternatively, as mentioned, a microphone 75 (or a microphone jack for receiving a microphone) may be provided on the compact disc recorder 30 thereby allowing the user to input song names by voice. This is depicted in FIGS. 1, 2 and 5a. In fact, the compact disc recorder 30 can be configured such that a user can also maneuver through the several menus using one's voice.

After the display has reverted back to that which is shown in FIG. 16, push-button 53 can be pressed to have the display revert back to that which is shown in FIG. 9. If push-button 53 is then pressed (the "view" function), the display appears as shown in FIG. 10 where the display contains a session list 240. Selection menu 242 indicates that pressing push-button 55 causes the cursor 226 to move up within the list of sessions, and pressing push-button 57 causes the cursor 226 to move down within the list of sessions. Pressing push-button 59 results in the session highlighted by the cursor 226 being selected. As a result, any sound tracks recorded into the compact disc recorder 30 (recording will be described more fully later herein) will be assigned to the end of that particular session. Pressing push-button 61 causes the display to revert back to that which is shown in FIG. 7 at which time recording a sound track into that session can be performed. Pressing push-button 63 when the display is as shown in FIG. 10 causes the display to appear as shown in FIG. 20 at which time the selection menu 266 indicates that pressing push-button 57 provides that the session highlighted by the cursor 226 becomes deleted (the sound tracks contained therein would still remain in the master sound track list 234 depicted in FIGS. 9 and 16-18), pressing push-button 59 allows the user to name (or re-name) the session highlighted by the cursor 226 in much the same manner as a song is named (or re-named) (see FIG. 17 and the description hereinabove associated therewith), pressing push-button 55 provides that a new session is added to

the session list (the new session may first be given a generic name by the compact disc recorder 30 such as "session33", but the session can be re-named as mentioned above) and pressing push-button 53 when the display is as shown in FIG. 20 provides that the display reverts back to that which is shown in FIG. 10.

Pressing push-button 53 at such time provides that the display appears as shown in FIG. 11, where a data storage structure list 246 is displayed and a selection menu 248 indicates that pressing push-button 55 causes the cursor to move up within the list 246, pressing push-button 57 causes the cursor to move down within the list 246, pressing push-button 59 causes the highlighted data storage structure to be selected, pressing push-button 61 causes the display to revert back to that which is shown in FIG. 7, and pressing push-button 53 causes the display to again display a session song list 228 as shown in FIG. 8.

When the display is as shown in FIG. 7, a sound track may be recorded into the selected data storage structure (i.e. 106), as described above in connection with FIG. 11. To begin recording, a user merely presses key 50 (the "record" key) on the front bezel 44. This causes the display to appear as shown in FIG. 21. At such a time, the compact disc recorder 30 is not initially recording any sounds received through the analog line in jack 70 (or any of the other inputs provided on the device 30), but is "listening" to the sounds. Thus, a user may start sending sounds into the analog line in jack 70 or any other analog lines in provided (such as by pressing play on the standard compact disc player or cassette tape player connected thereto) and may preview and set the recording level. The recording level will appear in the right-hand part of the display as two vertical bars--one corresponding to the left channel, and the other corresponding to the right channel. Also, two numbers (both -64 as shown in FIG. 21) over the vertical bars will indicate the amount of headroom the maximum signal has before the digital signal to be created by the recording is clipped. A user may want to get these two numbers to a specific value (often depending on the type of music recorded) as the compact disc recorder 30 previews the highs in the sound track. To adjust the recording volume, a user manipulates the adjusters 60 (left 62 and right 64).

When a user then presses the push-button 47 on the front bezel 44, the compact disc recorder 30 begins recording the sound track into the session previously selected, and onto the data storage structure previously selected. As shown in FIG. 22, during the recording, the display indicates the time elapsed in the recording (1:03), the position of the sound track within the session (track 14) and the name of the session into which the sound track is being recorded (a session called "Metallica"). Additionally, the display indicates the status of the compact disc recorder 30 (recording) using the status indicator 206 and indicates the time left within the session, which will ultimately depend on how much music can be stored on a compact disc. Furthermore, the display indicates the recording volume in the form of the already-mentioned two vertical bars and associated numbers, and indicates that the sound track has been assigned the generic name "New034" (of course, the sound track name can be changed as described above). During recording, the selection menu 270 indicates that a user may press push-button 55 to change the center display 216 to indicate, for example, total session time elapsed, total session time remaining, track time remaining, etc. and what the center

display 216 is indicating will be identified by display indicia 218. Pressing push-button 63 causes the peak level bars and associated numbers to reset. Pressing push-button 57 leaves a "mark" in the sound track at that particular location in the song, and pressing push-button 59 causes the mark to be cleared. When a user decides that recording is finished, the user presses push-button 50 on the front bezel 44 to immediately begin recording the next track, or presses push-button 41 to stop recording. Once recording is stopped, the display reverts back to that which is described in FIG. 7 at which time a user may edit any of the sound tracks in that particular session. Leaving one or more marks within the sound tracks allows one to edit the sound tracks once they have been recorded into the selected data storage structure.

Editing sound tracks contained within a session will now be described. To edit a particular sound track in a session, one selects the sound track by using the push-buttons 45 and 49 when the display device 46 appears as shown in FIG. 7. Once the desired sound track is displayed, push-button 53 is pressed, and the display appears as shown in FIG. 12 at which time pressing push-button 63 causes the display to revert back to that which is displayed in FIG. 7. In contrast, pressing push-button 53 when the display appears as shown in FIG. 12 causes the display to appear as shown in FIG. 13 at which time selection menu 252 indicates that pressing push-button 55 causes the compact disc recorder 30 to connect a plurality of sound tracks together into a single sound track, pressing push-button 57 causes the compact disc recorder 30 to re-configure the sound track so that it fades in to the first mark placed in the sound track, pressing push-button 59 causes the compact disc recorder 30 to re-configure the sound track so that it fades out from the last mark placed in the sound track, pressing push-button 61 causes the display to revert back to that which is displayed in FIG. 12, and pressing push-button 63 causes the display to provide a selection menu 254 as shown in FIG. 14 at which time it is indicated that pressing push-button 55 causes the compact disc recorder 30 to trim the beginning of a sound track up to the first mark placed in the sound track, pressing push-button 57 causes the compact disc recorder 30 to trim the end of a sound track from the last mark placed in the sound track, pressing push-button 59 causes the compact disc recorder 30 to re-configure the sound track so that it fades out from the last mark placed in a sound track and fades in to the first mark placed in the next sound track in the session, and pressing push-button 61 causes the display to adjust the amplitude of the soundtrack to a selected value whereafter preferably the user is prompted to input a value corresponding to the amplitude desired.

Pressing push-button 63 causes the display to provide a selection menu 256 as shown in FIG. 15 indicating that pressing push-button 55 will cause any marks placed within the sound track to be cleared and pressing push-button 57 will cause two sound tracks to be joined. Pressing push-button 53 causes the display to revert back to that which is shown in FIG. 14, and pressing push-button 53 again causes the display to revert back to that which is shown in FIG. 13 at which time pressing push-button 61 causes the display to revert back to the display shown in FIG. 7.

From FIG. 7, pressing push-button 53 causes the display to revert back to the display shown in FIG. 12. Thereafter, pressing push-button 55 causes the compact disc recorder 30 to search for and utilize an upgrade compact disc in the compact disc tray 54. Hence,

as mentioned, upgrades in the software can be performed using an upgrade compact disc. Pressing push-button 57 causes the display 46 to prompt the user as to how the sound tracks should be sorted in the master song list 234 such as by name, size or time and date recorded. Pressing push-button 59 allows the user to set the date and time in the device 30. Pressing push-button 61 causes the compact disc recorder 30 to rebuild certain session information files. As mentioned, pressing push-button 63 causes the display to revert back to that which is shown in FIG. 7.

Of course, the screen displays as illustrated on FIGS. 7-23 are merely illustrative, and 112{many}113[may] take many forms without departing from the scope of the present invention. Additionally, there may, in fact, be no input keys provided on the device 30 and all commands can be given by voice via the microphone 75, if provided.

The compact disc recorder 30 in accordance with an embodiment of the present invention provides several advantages which include, but are not limited to, being as easy to use in many respects as a 114{modern}115[modem]-day audio tape recorder/player or compact disc player. Additionally, the compact disc recorder 30 in accordance with the present invention also provides that one can listen to a sound track before the sound track is to be recorded. In other words, one can truly audition a recording. Moreover, the compact disc recorder 30 can be used like a modern day juke box where songs are played directly from memory without needing to insert the compact disc containing the music. Additionally, the compact disc recorder 30 preferably provides enhanced features for editing the sound tracks recorded into the memory of the compact disc recorder 30. Using the compact disc recorder 30, one can easily customize the order in which sound tracks will appear on the compact disc and one can easily write several compact discs having different orders of songs or having slightly different compilations without having to re-enter the sounds into the device 30. Finally, unlike present-day compact disc players, the compact disc recorder 30 preferably doubles as a SCSI device for use with a PC.

While a preferred embodiment of the present invention is shown and described, it is envisioned that those skilled in the art may devise various modifications and equivalents without departing from the spirit and scope of the invention as defined by the appended claims.

Document comparison done by DeltaView on Sunday, July 16, 2006 3:28:45 PM

| Input: | |
|---|---|
| Document 1 | PowerDocs://CH01/12481241/1 |
| Document 2 | PowerDocs://CH01/12481241/2 |
| Rendering set | GCD Options |

| Legend: | |
|---|---|
| [Insertion ] | |
| {Deletion } | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 62 |
| Deletions | 55 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 117 |

CH01/ 12481241.4