UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADVANCED AUDIO DEVICES, LLC<br><br>   Plaintiff,<br>v.<br><br>PHILIPS ELECTRONICS<br>NORTH AMERICA CORPORATION<br><br>   Defendant. | No. 08 C 3674<br><br>Hon. Judge Kendall<br><br>Hon. Judge Cox, Mag. J. |

**PHILIPS ELECTRONICS NORTH AMERICA CORP.'S
FED.R.CIV.P. 7.1 DISCLOSURE STATEMENT
AND
LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Patrick J. Kelleher (6216338)
Brian C. Rupp (6204208)
Carrie A. Beyer (6282524)
Justin O. Kay (6286557)
**DRINKER BIDDLE & REATH LLP**
191 N. Wacker Dr. #3700
Chicago, IL 60606
312.569.1000

**Attorneys for Philips Electronics North America Corp.**

Pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.2 of the Northern District of Illinois, Philips Electronics North America Corp. ("Philips"), by its undersigned counsel, hereby states that Philips is indirectly owned 100% by Koninklijke Philips Electronics, N.V.

          Respectfully submitted,
          PHILIPS ELECTRONICS NORTH AMERICA CORP.

Dated: 11 August 2008

          /s/ *Patrick J. Kelleher*
          Patrick J. Kelleher (6216338)
          *patrick.kelleher@dbr.com*
          Brian C. Rupp (6204208)
          *brian.rupp@dbr.com*
          Carrie A. Beyer (6282524)
          *carrie.beyer@dbr.com*
          Justin O. Kay (6286557)
          *justin.kay@dbr.com*
          DRINKER BIDDLE & REATH LLP
          191 N. Wacker Dr. #3700
          Chicago, IL 60606
          312.569.1000