**C**ERTIFICATE **O**F **S**ERVICE

The undersigned attorney certifies that on 11 August 2008, a copy of the following was served via hand-delivery:

- *Philips Electronics North America Corporation's Answer to First Amended Complaint;*
- *Philips Electronics North America Corporation's Fed.R.Civ.P. 7.1 Disclosure Statement and Local Rule 3.2 Notification of Affiliates;*
- *Attorney Appearance for Patrick J. Kelleher;*
- *Attorney Appearance for Brian C. Rupp;*
- *Attorney Appearance for Carrie A. Beyer;*
- *Attorney Appearance for Justin O. Kay;*

on the following counsel for Plaintiff ADVANCED AUDIO DEVICES, LLC:

James Robert Foley
Trexler, Bushnell, Giangiori, Blackstone & Marr, Ltd.
105 West Adams Street
Suite 3600
Chicago, IL 60603

and via ECF on the following counsel for Plaintiff ADVANCED AUDIO DEVICES, LLC:

Raiford Blackstone, Jr.
Paige Ann Kitzinger
David Joseph Marr
Trexler, Bushnell, Giangiori, Blackstone & Marr, Ltd.
105 West Adams Street
Suite 3600
Chicago, IL 60603

                                        Respectfully submitted,
                                        PHILIPS ELECTRONICS NORTH AMERICA CORP.

Dated: 11 August 2008                   /s/ *Patrick J. Kelleher*
                                        Patrick J. Kelleher (6216338)
                                        *patrick.kelleher@dbr.com*
                                        Brian C. Rupp (6204208)
                                        *brian.rupp@dbr.com*
                                        Carrie A. Beyer (6282524)
                                        *carrie.beyer@dbr.com*
                                        Justin O. Kay (6286557)
                                        *justin.kay@dbr.com*
                                        **DRINKER BIDDLE & REATH LLP**
                                        191 N. Wacker Dr. #3700
                                        Chicago, IL 60606
                                        312.569.1000

CH01/ 25209452.1