# Affidavit of Process Server

Advanced Audio Devices LLC vs Philips Electronics North America Corp.
PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT     CASE # 08CV367

Being duly sworn, on my oath, I __Philip CRAVENS__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Philips Electronics North America Corp.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __Summons + First Amended Complaint, + Notification of Docket entry__

by serving (NAME) __Corporation Service Company__

at ☐ Home _____
☒ Business __801 Stevenson Springfield, IL__
☐ on (DATE) __7-21-08__ at (TIME) __10:09 AM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Tom Jarvis  clerk__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☒ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin   ☒ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
    ☐ Yellow Skin   ☐ Blond Hair     ☒ 36-50 Yrs.   ☐ 5'4"-5'8"   ☒ 131-160 Lbs.
    ☐ Brown Skin   ☐ Gray Hair   ☐ Mustache   ☐ 51-65 Yrs.   ☒ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

SERVED BY __/s/ Philip Cravens__
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __21__ day of __July__, 20 __08__

__Krista L. Appenzeller__
NOTARY PUBLIC

"OFFICIAL SEAL"
KRISTA L. APPENZELLER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/27/2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Advanced Audio Devices, LLC,

Plaintiff,

v.

Philips Electronics North America Corp.,

Defendant.

CASE NUMBER: 08 CV 3674

ASSIGNED JUDGE: Kendall

DESIGNATED MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

Philips Electronics North America Corp.
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Marr
Trexler, Bushnell, Giangiorgi, Blackstone & Marr, Ltd.
105 W. Adams Street, Suite 3600
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUL 17 2008

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               *Date*                              *Signature of Server*

                                        _____
                                                  *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Advanced Audio Devices, LLC,

Plaintiff,

v.

Philips Electronics North America Corp.,

Defendant.

CASE NUMBER: 08 CV 3674

ASSIGNED JUDGE: Kendall

DESIGNATED MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

Philips Electronics North America Corp.
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Marr
Trexler, Bushnell, Giangiorgi, Blackstone & Marr, Ltd.
105 W. Adams Street, Suite 3600
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUL 17 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                          *Signature of Server*

                                 _____
                                         *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.