U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number: 08-CV-3674

Advanced Audio Devices, LLC
v.
Philips Electronics - North America Corporation


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Advanced Audio Devices, LLC


| NAME (Type or print) |  |
| --- | --- |
| Timothy M. McCarthy |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Timothy M. McCarthy |  |
| FIRM |  |
| Trexler, Bushnell, Giangiorgi, Blackstone & Marr, Ltd. |  |
| STREET ADDRESS |  |
| 105 W. Adams Street, Suite 3600 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60603 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| Illinois Registration No. 6187163 | 312 704 1890 ex. 117 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |  |