IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADVANCED AUDIO DEVICES, LLC, | ) |
| Plaintiff, | ) Civil Action No. 08-CV-3674 |
| v. | ) |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, | ) Judge: Kendall<br>) Magistrate Judge: Cox |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF CLAIM INVOLVING U.S. PATENTS

Pursuant to Local Rule 3.4, Plaintiff Advanced Audio Devices, LLC, hereby provides a notice of claim involving U.S. Patent Nos. 6,587,403 and 7,289,393.

Pursuant to 35 USC §290, the Clerk of the Court is required to provide the following information to the Commissioner of Patents:

This action involves the following parties:

    Plaintiff:    Advanced Audio Devices LLC
                      P.O. Box 769
                      Lake Forest, Illinois 60045

    Defendant:    Philips Electronics North America Corporation
                      1251 Avenue of the Americas
                      New York, New York 10020

A44656.WPD

This action involves the following U.S. Patents:

| | |
|---|---|
| U.S. Patent No. 6,587,403 | Inventors: Peter J. Keller and Michael J. Kelley |
| U.S. Patent No. 7,289,393 | Inventors: Peter J. Keller and Michael J. Kelley |

Respectfully submitted,

ADVANCED AUDIO DEVICES, LLC

Date: 9/4/08

By _____
Paige A. Kitzinger
Timothy M. McCarthy
James R. Foley
Raiford A. Blackstone, Jr.
TREXLER, BUSHNELL, GIANGIORGI,
  BLACKSTONE & MARR, LTD.
105 W. Adams Street
Chicago, Illinois 60603
Tel: (312) 704-1890
Fax: (312) 704-8023
Attorneys for Plaintiff